# FARNAN LLP

March 18, 2011

**Via Hand Delivery**
Clerk's Office
United States District Court
For the District of Delaware
844 N. King St., 4th Floor
Wilmington, Delaware 19801

Re: **Hoch v. Alexander, et al. (C.A. No. 11-cv-217)**

Dear Sir or Madam:

  We represent the Plaintiff in the above case. On March 14, 2011, we served each of the individual defendants, who are directors and/or executive officers of defendant Qualcomm Inc. ("Qualcomm"), by serving Qualcomm's registered agent.

  Pursuant to 10 Del. C. § 3114(c), enclosed please find the following documents to be served by the Clerk's Office by registered mail on each individual defendant: (1) Complaint; and (2) Summons with proof of service.

  Each of the 17 individual defendants should be served with the documents at Qualcomm's principal place of business: 5775 Morehouse Drive, San Diego, CA 92121-1714.

  Additionally, each individual defendant shall also receive a copy of the documents at his or her address below:

1. Barbara T. Alexander a/k/a Barbara Stiles
   87 Monarch Bay Drive
   Dana Point, CA 92629-3459

2. Stephen Bennett
   566 S. San Pedro Street
   Apartment #524
   Los Angeles, CA 90013-2102

3. Sir Donald G. Cruickshank
   10A Maltings Place
   169 Tower Bridge Road
   London SE1 3LJ
   United Kingdom

Clerk's Office
March 18, 2011
Page 2

4. Ray Dittamore
   12162 N. Tall Grass Dr.
   Oro Valley, Arizona 85755-8741

5. Thomas Horton
   5929 Woodland Drive
   Dallas, TX 75225-3020

6. Irwin Jacobs
   2710 Inverness Court
   La Jolla, CA 92037-2041

7. Paul Jacobs
   9075 La Jolla Shores Lane
   La Jolla, CA 92037-1516

8. Robert Kahn
   5180 Lovall Valley Loop Road
   Sonoma, CA 95476-4876

9. Sherry Lansing
   11812 San Vicente Boulevard
   Suite 200
   Los Angeles, CA 90049-6622

10. Duane Nelles
    7336 Fairway Road
    La Jolla, CA 92037-5627

11. Francisco Ros
    9505 Gold Coast Dr., Apt 45
    San Diego, CA 92126-3912

12. Brent Scowcroft
    6114 Wynnewood Road
    Bethesda, MD 20816-2017

13. Marc Stern
    160 W. 86th Street
    Apartment 10A
    New York, NY 10024-4074

14. Steven Altman
    9696 La Jolla Farms Road
    La Jolla, CA 92037-1131

Clerk's Office
March 18, 2011
Page 3

15. William Keitel
    P.O. Box 1144
    Rancho Santa Fe, CA 92067-1144

16. Steven Mollenkopf
    7884 Entrada De Luz E
    San Diego, CA 9127-2570

17. Donald Rosenberg
    6207 Camino De La Costa
    La Jolla, CA 92037-6523

Finally, also enclosed is a $306.00 check made payable to Clerk, U.S. District Court representing the $9.00 fee for the certification of each document being served. We appreciate your assistance with service in this action and are available at your convenience should you have any questions.

Respectfully,

/s/ Brian E. Farnan
Brian E. Farnan