D.I. #_____

# CIVIL ACTION NUMBER: 11-217

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brent Scowcroft_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): BRENT SCOWCROFT   C. Date of Delivery: 3/24/11 |
| 1. Article Addressed to:<br><br>Brent Scowcroft<br>6114 Wynnewood Road<br>Bethesda, MD 20816-2017 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>MAR 30 [FILED U.S. DISTRICT OF DELAWARE]<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 906 804 337 US | |

PS Form 3811, February 2004   Domestic Return Receipt   Long Arm 11-217   102595-02-M-1540