# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 11-217 (BMS)

### RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Doug Sullivan   C. Date of Delivery: 3-28-11 |
| 1. Article Addressed to:<br><br>Irwin Jacobs<br>c/o Qualcomm Inc.<br>5775 Morehouse Drive<br>San Diego, CA 92121-1714 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | RA 906 804 204 US |

PS Form 3811, February 2004   Domestic Return Receipt Long Arm 11-217   102595-02-M-1540