# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
|       Plaintiff, | ) |
|       v. | ) C.A. No. 11-217-BMS |
| BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED, | ) **JURY TRIAL DEMANDED** |
|       Defendants, | ) |
|       -and- | ) |
| QUALCOMM INCORPORATED, | ) |
|       Nominal Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Peter J. Walsh of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of Defendants Barbara T. Alexander, Stephen M. Bennett, Donald G. Cruickshank, Raymond V. Dittamore, Thomas W. Horton, Irwin M. Jacobs, Paul E. Jacobs, Robert E. Kahn, Sherry Lansing, Duane Nelles, Francisco Ros, Brent Scowcroft, Marc I. Stern, William E. Keitel, Steven R. Altman, Steven M. Mollenkopf, Donald J. Rosenberg and Qualcomm Incorporated.

        POTTER ANDERSON & CORROON LLP

By: */s/ Peter J. Walsh*
    Richard L. Horwitz (#2246)
    Peter J. Walsh, Jr. (#2437)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com

Dated: April 1, 2011

1007360 / 36664

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, hereby certify that on April 1, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 1, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br><br>Daniel E. Bacine<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>dbacine@barrack.com<br>jpalley@barrack.com | Alexander Arnold Gershon<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>agershon@barrack.com |

        By:   */s/ Peter J. Walsh*
              Richard L. Horwitz
              David E. Moore
              POTTER ANDERSON & CORROON LLP
              Tel: (302) 984-6000
              rhorwitz@potteranderson.com
              dmoore@potteranderson.com