**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-BMS |
| ) | |
| BARBARA T. ALEXANDER, STEPHEN M. ) | **JURY TRIAL DEMANDED** |
| BENNETT, DONALD G. CRUICKSHANK, ) | |
| RAYMOND V. DITTAMORE, THOMAS W. ) | |
| HORTON, IRWIN M. JACOBS, PAUL E. ) | |
| JACOBS, ROBERT E. KAHN, SHERRY ) | |
| LANSING, DUANE NELLES, FRANCISCO ) | |
| ROS, BRENT SCOWCROFT, MARC I. STERN, ) | |
| WILLIAM E. KEITEL, STEVEN R. ALTMAN, ) | |
| STEVEN M. MOLLENKOPF, DONALD J. ) | |
| ROSENBERG and QUALCOMM ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Evan R. Chesler and Rachel G. Skaistis of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019 to represent Defendants Barbara T. Alexander, Stephen M. Bennett, Donald G. Cruickshank, Raymond V. Dittamore, Thomas W. Horton, Irwin M. Jacobs, Paul E. Jacobs, Robert E. Kahn, Sherry Lansing, Duane Nelles, Francisco Ros, Brent Scowcroft, Marc I. Stern, William E. Keitel, Steven R. Altman, Steven M. Mollenkopf, Donald J. Rosenberg, and Qualcomm Incorporated in this matter.

2

           POTTER ANDERSON & CORROON LLP

           By: */s/ Peter J. Walsh*
               Richard L. Horwitz (#2246)
               Peter J. Walsh, Jr. (#2437)
               Hercules Plaza, 6th Floor
               1313 N. Market Street
               Wilmington, DE19801
               Tel:  (302) 984-6000
               Fax: (302) 658-1192
               rhorwitz@potteranderson.com
Dated:  April 1, 2011            pwalsh@potteranderson.com

1007363 / 36664           *Attorneys for Defendants*

      IT IS HEREBY ORDERED this _____ day of April, 2011.

Date: _____           _____
                                      The Hon. Berle M. Schiller

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 1, 2011

Signed: */s/ Evan R. Chesler*
Evan R. Chesler
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

   ☐  has been paid to the Clerk of the Court

   ☒  will be submitted to the Clerk's Office upon the filing of this motion

Date:  April 1, 2011        Signed:  */s/ Rachel G. Skaistis*
                  Rachel G. Skaistis
                  Cravath, Swaine & Moore LLP
                  825 Eighth Avenue
                  New York, NY 10019
                  Tel:  (212) 474-1000
                  Fax: (212) 474-3700
                  rskaistis@cravath.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, hereby certify that on April 1, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 1, 2011, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com

By:  */s/ Peter J. Walsh*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com