# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 11-217

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Barbara T. Alexander a/k/a Barbara Stiles
   87 Monarch Bay Drive
   Dana Point, CA 92629-3459

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Thom B. Stiles_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): THOMAS B. STILES II
C. Date of Delivery: 3/31/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RA 365 995 874 US

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

LongArm 11-217