# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. \_\_11-217\_\_

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>    03/31/11 |
| 1. Article Addressed to:<br><br>Robert Kahn<br>5180 Lovall Valley Loop Road<br>Sonoma, CA 95476-4876 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 906 804 164 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   11-217   102595-02-M-1540 | |