

Clerk's Office
United States District Court for the District of Delaware
844 N. King Street, 4th Floor
Wilmington, Delaware 19801

RECEIVED
APR 5 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CA 11-217 BMS

RA 706 804 425 US

Stephen Bennett,
566 S. San Pedro Street,
Apartment #524
Los Angeles, CA 90013-2102

UNITED STATES
POSTAL SERVICE

90013

U.S. POSTAGE
PAID
WILMINGTON, DE
MAR 21, 11
AMOUNT
$14.63
00057140-05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen Bennett
566 S. San Pedro Street
Apartment #524
Los Angeles, CA 90013-2102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540