# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 11-217 (BMS)

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Duane Nelles   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Duane Nelles<br>7336 Fairway Road<br>La Jolla, CA 92037-5627 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 906 804 120 US | |
| PS Form 3811, February 2004 | Domestic Return Receipt  Longform 11-217  102595-02-M-1540 |