# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARBARA T. ALEXANDER, STEPHEN M. ) <br> BENNETT, DONALD G. CRUICKSHANK, ) <br> RAYMOND V. DITTAMORE, THOMAS W. ) <br> HORTON, IRWIN M. JACOBS, PAUL E. ) <br> JACOBS, ROBERT E. KAHN, SHERRY ) <br> LANSING, DUANE NELLES, FRANCISCO ) <br> ROS, BRENT SCOWCROFT, MARC I. STERN, ) <br> WILLIAM E. KEITEL, STEVEN R. ALTMAN, ) <br> STEVEN M. MOLLENKOPF, DONALD J. ) <br> ROSENBERG and QUALCOMM ) <br> INCORPORATED, ) <br> ) <br> Defendants, ) <br> ) <br> -and- ) <br> ) <br> QUALCOMM INCORPORATED, ) <br> ) <br> Nominal Defendant. ) | C.A. No. 11-217-BMS |

## DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Motion To Dismiss for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to the Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Qualcomm Incorporated ("Qualcomm") Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed with the Securities and Exchange Commission ("SEC") on January 19, 2011.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Qualcomm Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed with the SEC on January 12, 2006 ("1/12/06 DEF 14A"), and a true and correct copy of the Qualcomm Incorporated 2006 Long-Term Incentive Plan, which Qualcomm filed as Appendix 3 to the 1/12/06 DEF 14A.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Qualcomm Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended March 30, 2008, filed with the SEC on April 23, 2008.

6. Attached hereto as Exhibit D is a true and correct copy of the Qualcomm Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 8-K) filed with the SEC on March 14, 2011.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Qualcomm Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed with the SEC on January 18, 2008 ("1/18/08 DEF 14A"), and a true and correct copy of the Qualcomm Incorporated 2006 Long-Term Incentive Plan, which Qualcomm filed as Appendix 2 to the 1/18/08 DEF 14A.

3

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 18, 2011

<u>  /s/ Rachel G. Skaistis  </u>  
Rachel G. Skaistis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 18, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 18, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>agershon@barrack.com |
| Daniel E. Bacine<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>dbacine@barrack.com<br>jpalley@barrack.com | |

By:  */s/ Richard L. Horwitz*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1009647 / 36664