# EXHIBIT C

# Morningstar® Document Research℠

# FORM 10-Q

## QUALCOMM INC/DE - QCOM

**Filed: April 23, 2008 (period: March 30, 2008)**

Quarterly report which provides a continuing view of a company's financial position

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

_____

# FORM 10-Q

_____

**(Mark one)**

☑    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

        **For the quarterly period ended March 30, 2008**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

        **For the transition period from      to**

**Commission File Number 0-19528**

# QUALCOMM Incorporated
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **95-3685934** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **5775 Morehouse Dr., San Diego, California** | **92121-1714** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(858) 587-1121**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding twelve months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past ninety days. Yes ☑    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

The number of shares outstanding of each of the issuer's classes of common stock, as of the close of business on April 21, 2008, were as follows:

| Class | Number of Shares |
|---|---|
| Common Stock, $0.0001 per share par value | 1,618,689,983 |

Source: QUALCOMM INC/DE, 10-Q, April 23, 2008        Powered by Morningstar® Document Research℠

# PART II. OTHER INFORMATION

## ITEM 1. LEGAL PROCEEDINGS

A review of our current litigation is disclosed in the notes to our condensed consolidated financial statements. See "Notes to Condensed Consolidated Financial Statements, Note 6 — Commitments and Contingencies." We are also engaged in other legal actions arising in the ordinary course of our business and believe that the ultimate outcome of these actions will not have a material adverse effect on our results of operations, liquidity or financial position.

## ITEM 1A. RISK FACTORS

We have provided updated Risk Factors in the section labeled "Risk Factors" in Part I, Item 2, Management's Discussion and Analysis of Financial Condition and Results of Operations. The "Risk Factors" section provides updated information in certain areas, but we do not believe those updates have materially changed the type or magnitude of the risks we face in comparison to the disclosure provided in our most recent Annual Report on Form 10-K.

## ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

Issuer purchases of equity securities during the second quarter of fiscal 2008 were (in millions, except per share data):

| | Total Number of Shares Purchased | Average Price Paid Per Share[1] | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs[2] | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs [2] |
|---|---|---|---|---|
| December 31, 2007 to January 27, 2008 | 17.7 | $ 37.68 | 17.7 | $ 96 |
| January 28, 2008 to February 24, 2008 | — | $ — | — | $ 96 |
| February 25, 2008 to March 30, 2008 | 2.5 | $ 45.45 | 2.5 | $ 2,000 |
| Total | 20.2 | $ 39.07 | 20.2 | $ 2,000 |

[1] Average Price Paid Per Share excludes cash paid for commissions. We repurchased 2.5 million shares in the second quarter of 2008 upon the exercise of an outstanding put option. A premium of $8 million was excluded from the average price paid per share. If the premium had been included, the average price paid per share for the purchases of shares made during the second quarter would have been $37.65.

[2] On March 11, 2008, we announced that we had been authorized to repurchase up to $2.0 billion of our common stock with no expiration date. The $2.0 billion stock repurchase program replaced a $3.0 billion stock repurchase program, of which approximately $2.0 million remained authorized for repurchases.

## ITEM 3. DEFAULTS UPON SENIOR SECURITIES

Not applicable.

## ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS

Our Annual Meeting of Stockholders was held on March 11, 2008. On the record date, 1,616,285,181 shares of our common stock were entitled to vote. At the meeting, 1,435,642,319 shares were represented in person or by proxy. Three proposals were considered.

Proposal 1:   Election of ten directors to hold office until the 2009 Annual Meeting:

| | For | Withheld |
|---|---|---|
| Barbara T. Alexander | 1,394,490,432 | 41,151,887 |
| Donald G. Cruickshank | 1,405,445,324 | 30,196,995 |
| Raymond V. Dittamore | 1,396,603,898 | 39,038,421 |
| Irwin Mark Jacobs | 1,396,802,983 | 38,839,336 |
| Paul E. Jacobs | 1,399,963,713 | 35,678,606 |
| Robert E. Kahn | 1,400,172,839 | 35,469,480 |
| Sherry Lansing | 1,405,278,419 | 30,363,900 |
| Duane A. Nelles | 952,967,821 | 482,674,498 |
| Marc I. Stern | 1,389,158,385 | 46,483,934 |
| Brent Scowcroft | 1,387,969,256 | 47,673,063 |

All of the foregoing candidates were elected, and each received affirmative votes from more than a majority of the outstanding shares.

50

Source: QUALCOMM INC/DE, 10-Q, April 23, 2008                    Powered by Morningstar® Document Research℠

Proposal 2:   Approve amendments to the 2006 Long-Term Incentive Plan and an increase in the share reserve by 115,000,000 shares. This proposal received the following votes:

| For | Against | Abstain |
|---|---|---|
| 959,405,212 | 203,303,821 | 14,145,565 |

Broker Non-Vote 258,787,721

The foregoing proposal was approved.

Proposal 3:   Ratify the selection of PricewaterhouseCoopers LLP as the Company's independent public accountants for the Company's fiscal year ending September 28, 2008. This proposal received the following votes:

| For | Against | Abstain |
|---|---|---|
| 1,400,066,317 | 22,053,190 | 13,522,812 |

The foregoing proposal was approved.

## ITEM 5. OTHER INFORMATION

Not applicable.

## ITEM 6. EXHIBITS

**Exhibits**

3.1        Restated Certificate of Incorporation. (1)

3.2        Certificate of Amendment of Certificate of Designation. (2)

3.4        Amended and Restated Bylaws. (3)

10.78      2006 Long-Term Incentive Plan, as amended. (4)

10.79      2001 Employee Stock Purchase Plan, as amended. (4)

31.1       Certification pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for Paul E. Jacobs.

31.2       Certification pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for William E. Keitel.

32.1       Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 for Paul E. Jacobs.

32.2       Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 for William E. Keitel.

_____

(1)   Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on March 13, 2006.
(2)   Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on September 30, 2005.
(3)   Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on September 22, 2006.
(4)   Indicates management or compensatory plan or arrangement required to be identified pursuant to Item 15(a).

51

Powered by Morningstar® Document Research℠