**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH HOCH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARBARA T. ALEXANDER, et al., | : | No. 11-217 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **1ˢᵗ** day of **July, 2011**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's response thereto, Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated July 1, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 42) is **GRANTED in part and DENIED in part**.

2. Defendants' motion is **GRANTED** as to Count I of the Complaint and that count is **DISMISSED**.

3. Defendants' motion is **DENIED** as to Counts II and III of the Complaint.

BY THE COURT:

_____
Berle M. Schiller, J.