IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH,<br><br>        Plaintiff,<br><br>        v.<br><br>BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED,<br><br>        Defendants,<br><br>        -and-<br><br>QUALCOMM INCORPORATED,<br><br>        Nominal Defendant. | )<br>)<br>)<br>)   C.A. No. 11-CV-217-BMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL BY PLAINTIFF OF HIS
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff hereby withdraws without prejudice his motion for partial summary judgment enjoining all payments and awards to the five named officer-defendants under the Qualcomm 2006 Long-Term Incentive Plan, as amended in 2011. The grounds for withdrawing this motion are that this Court's July 1, 2011, Memorandum, D.I. 50, dismissed the first claim for relief and held that there were issues of fact in the second and third claims for relief. Moreover, this Court's Memorandum, D.I. 50, is law of case in the absence of new evidence, *Sixth Angel*

172978v1

*Shepherd Rescue, Inc. v. West*, 2011 WL 1671810 at *8 (E.D. Pa. May 3, 2011), such as might arise from discovery.

Dated: July 7, 2011

Respectfully submitted,

**FARNAN LLP**

_/s/ Brian E. Farnan_
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax.: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

*Of Counsel:*

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel: (212) 688-0782

BARRACK, RODOS & BACINE
Leonard Barrack
Daniel E. Bacine
Lisa M. Lamb
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-0600