**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-BMS |
| | ) | |
| BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED, | ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time for Defendants to answer Plaintiff's Verified Complaint shall be extended until August 2, 2011, absent further stipulation between the parties or further Order of the Court.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Brian E. Farnan* <br> Joseph J. Farnan, Jr. (#100245) <br> Joseph J. Farnan, III (#3945) <br> Brian E. Farnan (#4089) <br> 919 N. Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> farnan@farnanlaw.com <br> jjfarnan@farnanlaw.com <br> bfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> Peter J. Walsh, Jr. (#2437) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE19801 <br> Tel: (302) 984-6000 <br> Fax: (302) 658-1192 <br> rhorwitz@potteranderson.com <br> pwalsh@potteranderson.com <br><br> *Attorneys for Defendants* |

1020470 / 36664

      IT IS SO ORDERED this _____ day of _____, 2011.

                                                                               _____
                                                                               The Hon. Berle M. Schiller