**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-BMS |
| | ) | |
| BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED, | ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) | |
| -and- | ) | |
| QUALCOMM INCORPORATED, | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that should the Court not reach a decision regarding Defendants' motion for reargument before October 17, 2011, the time for Defendants to answer Plaintiff's Verified Complaint shall be extended until October 31, 2011, absent further stipulation between the parties or further Order of the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that should the court deny Defendants' motion for reargument before October 17, 2011, that Defendants will have 14 days

from the time of this Court's denial to answer Plaintiff's Verified Complaint, absent further stipulation between the parties or further Order of the Court.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Brian E. Farnan* <br> Joseph J. Farnan, Jr. (#100245) <br> Joseph J. Farnan, III (#3945) <br> Brian E. Farnan (#4089) <br> 919 N. Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel:  (302) 777-0300 <br> Fax: (302) 777-0301 <br> farnan@farnanlaw.com <br> jjfarnan@farnanlaw.com <br> bfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> Peter J. Walsh, Jr. (#2437) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel:  (302) 984-6000 <br> Fax: (302) 658-1192 <br> rhorwitz@potteranderson.com <br> pwalsh@potteranderson.com <br><br> *Attorneys for Defendants* |

1022169 / 36664

  IT IS SO ORDERED  this _____ day of _____, 2011.

                        _____
                        The Hon. Berle M. Schiller