IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-CV-217-BMS |
| v. | ) |
| | ) |
| BARBARA T. ALEXANDER, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 2, 2011 a copy of Plaintiff's First Request for Production of Documents to All Defendants was served on the following as indicated:

Via Hand Delivery and E-Mail
Richard L. Horwitz
Peter J. Walsh
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

Via E-Mail
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

Dated: August 2, 2011

Respectfully submitted,

**FARNAN LLP**

 /s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax.: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

*Of Counsel:*

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel: (212) 688-0782

BARRACK, RODOS & BACINE
Leonard Barrack
Daniel E. Bacine
Lisa M. Lamb
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-0600