## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARBARA T. ALEXANDER, et al., | : | No. 11-217 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **29th** day of **August, 2011**, upon consideration of Defendants' Motion for Reargument, Plaintiff's response thereto, and Defendants' reply thereon, it is hereby **ORDERED** that the motion (Document No. 53) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**