# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| BARBARA T. ALEXANDER, et al., | ) )    C.A. No. 11-217-RGA |
|     Defendants, | ) ) |
| -and- | ) ) |
| QUALCOMM INCORPORATED, | ) ) ) |
|     Nominal Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Matthew D. Stachel of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of Defendants Barbara T. Alexander, Stephen M. Bennett, Donald G. Cruickshank, Raymond V. Dittamore, Thomas W. Horton, Irwin M. Jacobs, Paul E. Jacobs, Robert E. Kahn, Sherry Lansing, Duane Nelles, Francisco Ros, Brent Scowcroft, Marc I. Stern, William E. Keitel, Steven R. Altman, Steven M. Mollenkopf, Donald J. Rosenberg and Qualcomm Incorporated.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Evan R. Chesler | |
| Rachel G. Skaistis | By:  */s/ Matthew D. Stachel* |
| CRAVATH, SWAINE & MOORE LLP | Richard L. Horwitz (#2246) |
| Worldwide Plaza | Peter J. Walsh, Jr. (#2437) |
| 825 Eighth Avenue | Matthew D. Stachel (#5419) |
| New York, New York 10019 | Hercules Plaza, 6th Floor |
| Tel:  (212) 474-1243 | 1313 N. Market Street |
|  | P.O. Box 951 |
| Dated:  March 7, 2012 | Wilmington, DE 19801 |
| 1050175 / 36664 | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | pwalsh@potteranderson.com |
|  | mstachel@potteranderson.com |

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on March 7, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 7, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>agershon@barrack.com |
| Daniel E. Bacine<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>dbacine@barrack.com<br>jpalley@barrack.com | |

By:   */s/ Matthew D. Stachel*
   Richard L. Horwitz
   Peter J. Walsh
   Matthew D. Stachel
   POTTER ANDERSON & CORROON LLP
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   pwalsh@potteranderson.com
   mstachel@potteranderson.com

1009647 / 36664