## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following document were caused to be served on March 19, 2012, upon the following attorneys of record as indicated below:

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | BARRACK RODOS & BACINE |
| Brian E. Farnan | 1350 Broadway, Suite 1001 |
| FARNAN LLP | New York, NY  10018 |
| 919 N. Market Street | agershon@barrack.com |
| 12th Floor | |
| Wilmington, DE 19801 | |
| farnan@farnanlaw.com | |
| jjfarnan@farnanlaw.com | |
| bfarnan@farnanlaw.com | |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Evan R. Chesler | |
| Rachel G. Skaistis | By: */s/ Matthew D. Stachel* |
| CRAVATH, SWAINE & MOORE LLP | Richard L. Horwitz (#2246) |
| Worldwide Plaza | Peter J. Walsh, Jr. (#2437) |
| 825 Eighth Avenue | Matthew D. Stachel (#5419) |
| New York, New York 10019 | Hercules Plaza, 6th Floor |
| Tel:  (212) 474-1000 | 1313 N. Market Street |
| EChesler@cravath.com | Wilmington, DE19801 |
| RSkaistis@cravath.com | Tel:  (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated:  March 20, 2012 | pwalsh@potteranderson.com |
| 1051864  / 36664 | mstachel@potteranderson.com |
| | *Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Matthew D. Stachel, hereby certify that on March 20, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 20, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | BARRACK RODOS & BACINE |
| Brian E. Farnan | 1350 Broadway, Suite 1001 |
| FARNAN LLP | New York, NY 10018 |
| 919 N. Market Street | agershon@barrack.com |
| 12th Floor | |
| Wilmington, DE 19801 | |
| farnan@farnanlaw.com | |
| jjfarnan@farnanlaw.com | |
| bfarnan@farnanlaw.com | |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

                                        By:  */s/ Matthew D. Stachel*
                                                Richard L. Horwitz
                                                Peter J. Walsh
                                                Matthew D. Stachel
                                                POTTER ANDERSON & CORROON LLP
                                                Tel:  (302) 984-6000
                                                rhorwitz@potteranderson.com
                                                pwalsh@potteranderson.com
                                                mstachel@potteranderson.com

1009647 / 36664