## RULE 7.1.1 CERTIFICAITON

Counsel for plaintiff Kenneth Hoch have consulted with counsel for defendants pursuant to D. Del. LR 7.1.1., and defendants will not consent to the relief sought by this Motion.

/s/ *Brian E. Farnan*
Brian Farnan (Bar No. 4089)