IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-CV-217-RGA |
| v. | ) |
| | ) |
| BARBARA T. ALEXANDER, STEPHEN M. | ) |
| BENNETT, DONALD G. CRUICKSHANK, | ) |
| RAYMOND V. DITTAMORE, THOMAS W. | ) |
| HORTON, IRWIN M. JACOBS, PAUL E. | ) |
| JACOBS, ROBERT E. KAHN, SHERRY | ) |
| LANSING, DUANE NELLES, FRANCISCO | ) |
| ROS, BRENT SCOWCROFT, MARC I. STERN, | ) |
| WILLIAM E. KEITEL, STEVEN R. ALTMAN, | ) |
| STEVEN M. MOLLENKOPF, DONALD J. | ) |
| ROSENBERG and QUALCOMM | ) |
| INCORPORATED, | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## ORDER

AND NOW, this _____ day of _____, 2012, the Court having considered Plaintiff's Move for Leave to Amend Complaint (the "Motion"); and any response thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Amended Complaint attached to the Motion as Exhibit A shall be filed with the Court within five (5) days from the date of this Order.

_____
The Honorable Richard G. Andrews