**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following document were caused to be served on March 30, 2012, upon the following attorneys of record as indicated below:

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO DISTRICT OF DELAWARE DEFAULT STANDARDS FOR DISCOVERY, INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION ("ESI")**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | William J. Ban |
| Brian E. Farnan | Michael A. Toomey |
| FARNAN LLP | BARRACK RODOS & BACINE |
| 919 N. Market Street | 1350 Broadway, Suite 1001 |
| 12th Floor | New York, NY  10018 |
| Wilmington, DE 19801 | agershon@barrack.com |
| farnan@farnanlaw.com | wban@barrack.com |
| jjfarnan@farnanlaw.com | mtoomey@barrack.com |
| bfarnan@farnanlaw.com | |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Evan R. Chesler | |
| Rachel G. Skaistis | By: */s/ Matthew D. Stachel* |
| CRAVATH, SWAINE & MOORE LLP | Richard L. Horwitz (#2246) |
| Worldwide Plaza | Peter J. Walsh, Jr. (#2437) |
| 825 Eighth Avenue | Matthew D. Stachel (#5419) |
| New York, New York 10019 | Hercules Plaza, 6th Floor |
| Tel:  (212) 474-1000 | 1313 N. Market Street |
| EChesler@cravath.com | Wilmington, DE19801 |
| RSkaistis@cravath.com | Tel:  (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | pwalsh@potteranderson.com |
| Dated:  March 30, 2012 | mstachel@potteranderson.com |
| 1053372  / 36664 | |
| | *Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Matthew D. Stachel, hereby certify that on March 30, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 30, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | William J. Ban |
| Brian E. Farnan | Michael A. Toomey |
| FARNAN LLP | BARRACK RODOS & BACINE |
| 919 N. Market Street | 1350 Broadway, Suite 1001 |
| 12th Floor | New York, NY  10018 |
| Wilmington, DE 19801 | agershon@barrack.com |
| farnan@farnanlaw.com | wban@barrack.com |
| jjfarnan@farnanlaw.com | mtoomey@barrack.com |
| bfarnan@farnanlaw.com | |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

             By: */s/ Matthew D. Stachel*
                Richard L. Horwitz
                Peter J. Walsh
                Matthew D. Stachel
                POTTER ANDERSON & CORROON LLP
                Tel:  (302) 984-6000
                rhorwitz@potteranderson.com
                pwalsh@potteranderson.com
                mstachel@potteranderson.com

1053372 / 36664