# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time for Defendants to respond to Plaintiff's Motion for Leave to Amend Complaint shall be extended until April 20, 2012, absent further stipulation between the parties or further Order of the Court.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Brian E. Farnan* | By: */s/ Richard L. Horwitz* |
|     Joseph J. Farnan, Jr. (#100245) |     Richard L. Horwitz (#2246) |
|     Joseph J. Farnan, III (#3945) |     Peter J. Walsh, Jr. (#2437) |
|     Brian E. Farnan (#4089) |     Matthew D. Stachel (#5419) |
|     919 N. Market Street, 12th Floor |     Hercules Plaza, 6th Floor |
|     Wilmington, DE 19801 |     1313 N. Market Street |
|     Tel: (302) 777-0300 |     Wilmington, DE19801 |
|     farnan@farnanlaw.com |     Tel: (302) 984-6000 |
|     jjfarnan@farnanlaw.com |     rhorwitz@potteranderson.com |
|     bfarnan@farnanlaw.com |     pwalsh@potteranderson.com |
| |     mstachel@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1054352 / 36664

2

IT IS SO ORDERED  this _____ day of _____, 2012.

_____
The Hon. Richard G. Andrews