IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH,<br><br>                          Plaintiff,<br><br>     v.<br><br>BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED,<br><br>                          Defendants,<br><br>     --and--<br><br>QUALCOMM INCORPORATED,<br><br>                          Nominal Defendant. | C.A. No. 11-217-RGA |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Rachel G. Skaistis, declare as follows:

1.     I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, <u>pro</u> <u>hac</u> <u>vice</u> counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to Amend Complaint for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to their opposition to plaintiff's motion.

3. Attached hereto as Exhibit A is a true and correct copy of the Qualcomm Incorporated ("Qualcomm") Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed with the Securities and Exchange Commission ("SEC") on January 19, 2011.

4. Attached hereto as Exhibit B is a true and correct copy of my November 29, 2011, letter to A. Arnold Gershon and William J. Ban.

5. Attached hereto as Exhibit C is a true and correct copy of the transcript of the February 29, 2012, Status Conference.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Qualcomm Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed with the SEC on January 12, 2006 ("1/26/06 DEF 14A"), and a true and correct copy of excerpts from the Qualcomm Incorporated 2006 Long Term Incentive Plan, which Qualcomm filed as Appendix 3 to the 1/12/06 DEF 14A.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Qualcomm Incorporated Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, filed with the SEC on April 23, 2008.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Qualcomm Incorporated Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 8-K), filed with the SEC on March 8, 2010.

9. Attached hereto as Exhibit G is a true and correct copy of the Qualcomm Incorporated form Voting Card, filed January 19, 2011.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Qualcomm Incorporated Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 8-K), filed with the SEC on March 14, 2011.

Dated:  April 20, 2012

          */s/ Rachel G. Skaistis*
          Rachel G. Skaistis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on April 20, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 20, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY  10018<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

By:   */s/ Matthew D. Stachel*
      Richard L. Horwitz
      Peter J. Walsh
      Matthew D. Stachel
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      pwalsh@potteranderson.com
      mstachel@potteranderson.com