# Exhibit B

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1934

ALLEN FINKELSON
STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG

SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK

THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

November 29, 2011

Dear Messers. Gershon and Ban:

I write in response to your November 15, 2011 letter to Evan Chesler. Your letter seeks a meet and confer to discuss the Objections and Responses to Plaintiff's First Production of Documents that Qualcomm Incorporated ("Qualcomm" or the "Company") served on September 12, 2011.

We are available for a call on December 5 or during the week of December 12. However, we believe that the purpose of the call should be to discuss our proposal (set forth below) that the parties stay further discovery proceedings pending the outcome of Qualcomm's approach to the Internal Revenue Service ("IRS").

Qualcomm participates in the IRS's Compliance Assurance Process ("CAP") program, pursuant to which it works collaboratively with the IRS to identify and resolve potential tax issues before tax returns are filed. In its regularly-scheduled quarterly status meeting with the IRS on November 9, 2011, Qualcomm alerted the IRS to the lawsuit and allegations asserted by your client related to the Company's January 20, 2011 Proxy Statement (the "Proxy") and requested an Issue Resolution Agreement ("IRA"), which, if granted, would resolve the question of whether the Proxy complies with Section 162(m). Although we cannot estimate how long it will take for the IRS to complete its work on this issue, the CAP program is intended to address tax issues quickly so that taxpayers such as Qualcomm can move forward with certainty.

In light of Qualcomm's approach to the IRS, we presume you agree that it makes more sense (and is in the best interests of the Company's shareholders) to stay further costly discovery proceedings pending the outcome of the IRS's consideration of the relevant issues.

I look forward to discussing this proposal with you.  Please let me know which of the dates set forth above work best.

Sincerely,

Rachel G. Skaistis

A. Arnold Gershon, Esq.
William J. Ban, Esq.
    Barrack, Rodos & Bacine
        425 Park Avenue, Suite 3100
        New York, NY 10022

BY FIRST CLASS MAIL AND EMAIL