# Exhibit E

Morningstar® Document Research℠

# FORM 10-Q

**QUALCOMM INC/DE - QCOM**

**Filed: April 23, 2008 (period: March 30, 2008)**

Quarterly report with a continuing view of a company's financial position

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549**

———

# FORM 10-Q

———

**(Mark one)**

☑  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

  For the quarterly period ended March 30, 2008

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

  For the transition period from       to

Commission File Number 0-19528

# QUALCOMM Incorporated
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **95-3685934** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **5775 Morehouse Dr., San Diego, California** | **92121-1714** |
| (Address of principal executive offices) | (Zip Code) |

**(858) 587-1121**
(Registrant's telephone number, including area code)

  Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding twelve months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past ninety days. Yes  ☑    No  ☐

  Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer  ☑    Accelerated filer  ☐    Non-accelerated filer  ☐    Smaller reporting company  ☐
(Do not check if a smaller reporting company)

  Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes  ☐    No  ☑

  Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

  The number of shares outstanding of each of the issuer's classes of common stock, as of the close of business on April 21, 2008, were as follows:

| Class | Number of Shares |
|---|---|
| Common Stock, $0.0001 per share par value | 1,618,689,983 |

Proposal 2:  Approve amendments to the 2006 Long-Term Incentive Plan and an increase in the share reserve by 115,000,000 shares. This proposal received the following votes:

| For | Against | Abstain |
|---|---|---|
| 959,405,212 | 203,303,821 | 14,145,565 |

Broker Non-Vote 258,787,721

The foregoing proposal was approved.

Proposal 3:  Ratify the selection of PricewaterhouseCoopers LLP as the Company's independent public accountants for the Company's fiscal year ending September 28, 2008. This proposal received the following votes:

| For | Against | Abstain |
|---|---|---|
| 1,400,066,317 | 22,053,190 | 13,522,812 |

The foregoing proposal was approved.

## ITEM 5. OTHER INFORMATION

Not applicable.

## ITEM 6. EXHIBITS

**Exhibits**

| | |
|---|---|
| 3.1 | Restated Certificate of Incorporation. (1) |
| 3.2 | Certificate of Amendment of Certificate of Designation. (2) |
| 3.4 | Amended and Restated Bylaws. (3) |
| 10.78 | 2006 Long-Term Incentive Plan, as amended. (4) |
| 10.79 | 2001 Employee Stock Purchase Plan, as amended. (4) |
| 31.1 | Certification pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for Paul E. Jacobs. |
| 31.2 | Certification pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for William E. Keitel. |
| 32.1 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 for Paul E. Jacobs. |
| 32.2 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 for William E. Keitel. |

---

(1)  Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on March 13, 2006.
(2)  Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on September 30, 2005.
(3)  Filed as an exhibit to the Registrant's Current Report on Form 8-K filed on September 22, 2006.
(4)  Indicates management or compensatory plan or arrangement required to be identified pursuant to Item 15(a).

Source: QUALCOMM INC/DE, 10-Q, April 23, 2008                                     Powered by Morningstar® Document Research℠