# Exhibit F

Morningstar® Document Research℠

# FORM 8-K

## QUALCOMM INC/DE - QCOM

**Filed: March 08, 2010 (period: March 02, 2010)**

Report of unscheduled material events or corporate changes.

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

March 2, 2010
Date of Report (Date of earliest event reported)

# QUALCOMM Incorporated
(Exact name of registrant as specified in its charter)

Delaware
(State or other jurisdiction of incorporation)

| 000-19528 | 95-3685934 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| 5775 Morehouse Drive, San Diego, CA | 92121 |
|---|---|
| (address of principal executive offices) | (Zip Code) |

858-587-1121
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 5.07  Submission of Matters to a Vote of Security Holders**

QUALCOMM Incorporated (the "Company") held its Annual Meeting of Stockholders on March 2, 2010. The stockholders considered three proposals, each of which is described in more detail in the Company's definitive proxy statement dated January 13, 2010.

**Proposal 1:**  Election of 12 directors to hold office until the 2011 Annual Meeting:

|  | FOR | WITHHELD |
|---|---:|---:|
| Barbara T. Alexander | 1,225,862,807 | 11,072,506 |
| Stephen M. Bennett | 1,217,548,673 | 19,386,640 |
| Donald G. Cruickshank | 1,229,229,654 | 7,705,659 |
| Raymond V. Dittamore | 1,228,931,228 | 8,004,085 |
| Thomas W. Horton | 1,229,226,813 | 7,708,500 |
| Irwin Mark Jacobs | 1,217,460,445 | 19,474,868 |
| Paul E. Jacobs | 1,202,867,270 | 34,068,043 |
| Robert E. Kahn | 1,217,960,075 | 18,975,238 |
| Sherry Lansing | 1,228,450,477 | 8,484,836 |
| Duane A. Nelles | 1,217,979,974 | 18,955,339 |
| Brent Scowcroft | 1,201,998,490 | 34,936,823 |
| Marc I. Stern | 1,203,189,870 | 33,745,443 |

Broker Non-Votes: 197,516,472

All of the foregoing candidates were elected and each received affirmative votes not only from more than a majority of the shares voting, but also from a majority of the outstanding shares.

**Proposal 2:**  Approval of an amendment to the 2006 Long-Term Incentive Plan to increase the share reserve by 13,000,000 shares:

| FOR | AGAINST | ABSTAIN |
|---:|---:|---:|
| 969,639,736 | 265,965,692 | 1,328,033 |

Broker Non-Votes: 197,518,324

The foregoing proposal was approved.

**Proposal 3:**  Ratification of the selection of PricewaterhouseCoopers LLP as the Company's independent public accountants for the Company's fiscal year ending September 26, 2010:

| FOR | AGAINST | ABSTAIN |
|---:|---:|---:|
| 1,416,603,889 | 16,659,426 | 1,188,470 |

Broker Non-Votes: 0

The foregoing proposal was approved.