# Exhibit G

[Table of Contents](#)



**QUALCOMM INCORPORATED**
**5775 MOREHOUSE DRIVE**
**N-510F**
**SAN DIEGO, CA 92121**

**VOTE BY INTERNET -** www.proxyvote.com/qualcomm2011
Use the Internet to transmit your voting instructions and for electronic delivery of information up until 11:59 P.M. Eastern Time the day before the cut-off date or meeting date. Have your proxy card in hand when you access the web site and follow the instructions to obtain your records and to create an electronic voting instruction form.

**ELECTRONIC DELIVERY OF FUTURE PROXY MATERIALS**
If you would like to reduce the costs incurred by our company in mailing proxy materials, you can consent to receiving all future proxy statements, proxy cards and annual reports electronically via e-mail or the Internet. To sign up for electronic delivery, please follow the instructions above to vote using the Internet and, when prompted, indicate that you agree to receive or access proxy materials electronically in future years.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions up until 11:59 p.m. Eastern Time the day before the cut-off date or meeting date. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

IF YOU HAVE VOTED OVER THE INTERNET OR BY TELEPHONE, THERE IS NO NEED FOR YOU TO MAIL BACK YOUR PROXY. THANK YOU FOR VOTING.

---

TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:

M29019-P03448   KEEP THIS PORTION FOR YOUR RECORDS
DETACH AND RETURN THIS PORTION ONLY

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

---

**QUALCOMM INCORPORATED**

**The Board of Directors recommends that you vote FOR the following:**

| | For All | Withhold All | For All Except |
|---|---|---|---|
| | ☐ | ☐ | ☐ |

To withhold authority to vote for any individual nominee(s), mark "For All Except" and write the number(s) of the nominee(s) on the line below.

_____

**Vote on Directors**

1. To elect thirteen directors to hold office until the next annual stockholders' meeting or until their respective successors have been elected or appointed. Director nominees are:

   **Name:**
   - 01) Barbara T. Alexander
   - 02) Stephen M. Bennett
   - 03) Donald G. Cruickshank
   - 04) Raymond V. Dittamore
   - 05) Thomas W. Horton
   - 06) Irwin Mark Jacobs
   - 07) Paul E. Jacobs
   - 08) Robert E. Kahn
   - 09) Sherry Lansing
   - 10) Duane A. Nelles
   - 11) Francisco Ros
   - 12) Brent Scowcroft
   - 13) Marc I. Stern

**Vote on Proposals:**

| The Board of Directors recommends you vote FOR the following proposals: | For | Against | Abstain | | The Board of Directors recommends you vote 1 Year for 3 years: | 1 Year | 2 Years | 3 Years | Abstain |
|---|---|---|---|---|---|---|---|---|---|
| 2. To approve the 2006 Long-Term Incentive Plan, as amended, which includes an increase in the share reserve by 65,000,000 shares. | ☐ | ☐ | ☐ | 6. | To hold an advisory vote on the frequency of future advisory votes on executive compensation. | ☐ | ☐ | ☐ | ☐ |
| 3. To approve an amendment to the 2001 Employee Stock Purchase Plan to increase the share reserve by 22,000,000 shares. | ☐ | ☐ | ☐ | | **The Board of Directors recommends you vote AGAINST the following proposal:** | **For** | **Against** | **Abstain** | |
| 4. To ratify the selection of PricewaterhouseCoopers LLP as our independent public accountants for our fiscal year ending September 25, 2011. | ☐ | ☐ | ☐ | 7. | To act on a stockholder proposal, if properly presented at the Annual Meeting. | ☐ | ☐ | ☐ | |
| 5. To hold an advisory vote on executive compensation. | ☐ | ☐ | ☐ | 8. | To transact such other business as may properly come before the Annual Meeting or any adjournment or postponement thereof. | | | | |

Please sign below, exactly as name or names appear(s) on this proxy. If the stock is registered in the names of two or more persons, each should sign. When signing as attorney, executor, administrator, trustee, custodian, guardian or corporate officer, give full title. If more than one trustee, all should sign.

_____   _____   _____   _____
Signature [PLEASE SIGN WITHIN BOX]   Date                Signature (Joint Owners)              Date

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting of Stockholders to be held on March 8, 2011:**
The Notice and Proxy Statement is available at www.proxyvote.com/qualcomm2011.

M29020-P03448

| PROXY | QUALCOMM INCORPORATED | PROXY |

**PROXY IS SOLICITED BY THE BOARD OF DIRECTORS**

**FOR THE ANNUAL MEETING OF STOCKHOLDERS**

**TO BE HELD ON MARCH 8, 2011**

The undersigned, revoking all prior proxies, hereby appoints Paul E. Jacobs and Donald J. Rosenberg, and each of them, as attorneys and proxies of the undersigned, with full power of substitution, to vote all of the shares of stock of QUALCOMM Incorporated (the "Company") which the undersigned may be entitled to vote at the Annual Meeting of Stockholders of the Company to be held at Irwin M. Jacobs Qualcomm Hall, 5775 Morehouse Drive, San Diego, California 92121, on Tuesday, March 8, 2011 at 9:30 a.m. local time and at any and all adjournments or postponements thereof, with all powers that the undersigned would possess if personally present, upon and in respect of the matters listed on the reverse side and in accordance with the following instructions, with discretionary authority as to any and all other matters that may properly come before the meeting.

**The shares represented by this proxy card will be voted as directed or, if this card contains no specific voting instructions, the shares will be voted in accordance with the recommendations of the Board of Directors.**

YOUR VOTE IS IMPORTANT. If you will not be voting by telephone or the Internet, you are urged to complete, sign, date and promptly return the accompanying proxy in the enclosed envelope, which is postage-prepaid if mailed in the United States.

**(Continued and to be signed on reverse side.)**

Created by Morningstar® Document Research℠
http://documentresearch.morningstar.com

Source: QUALCOMM INC/DE, DEF 14A, January 19, 2011                                                           Powered by Morningstar® Document Research℠