# Exhibit H

# Morningstar® Document Research℠

# FORM 8-K

## QUALCOMM INC/DE - QCOM

**Filed: March 14, 2011 (period: March 08, 2011)**

Report of unscheduled material events or corporate changes.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934

March 8, 2011

Date of Report (Date of earliest event reported)

# QUALCOMM Incorporated
(Exact name of registrant as specified in its charter)

Delaware

(State or other jurisdiction of incorporation)

| 000-19528 | 95-3685934 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |
| 5775 Morehouse Drive, San Diego, CA | 92121 |
| (address of principal executive offices) | (Zip Code) |

858-587-1121

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 5.07  Submission of Matters to a Vote of Security Holders**

QUALCOMM Incorporated (the "Company") held its Annual Meeting of Stockholders on March 8, 2011. The stockholders considered seven proposals, each of which is described in more detail in the Company's definitive proxy statement dated January 20, 2011.

**Proposal 1:**  Election of 13 directors to hold office until the 2012 Annual Meeting:

|  | FOR | WITHHELD |
|---|---|---|
| Barbara T. Alexander | 1,189,987,131 | 31,710,941 |
| Stephen M. Bennett | 1,184,038,801 | 37,659,271 |
| Donald G. Cruickshank | 1,195,635,193 | 26,062,879 |
| Raymond V. Dittamore | 1,195,331,408 | 26,366,664 |
| Thomas W. Horton | 1,195,639,217 | 26,058,855 |
| Irwin Mark Jacobs | 1,186,230,926 | 35,467,146 |
| Paul E. Jacobs | 1,164,244,371 | 57,453,701 |
| Robert E. Kahn | 1,188,804,648 | 32,893,424 |
| Sherry Lansing | 1,194,761,937 | 26,936,135 |
| Duane A. Nelles | 1,188,702,832 | 32,995,240 |
| Francisco Ros | 1,213,376,807 | 8,321,265 |
| Brent Scowcroft | 1,173,909,863 | 47,788,209 |
| Marc I. Stern | 1,175,427,911 | 46,270,161 |

Broker Non-Votes: 196,431,094 shares for each director

All of the foregoing candidates were elected and each received affirmative votes from more than a majority of the outstanding shares.

**Proposal 2:**  The vote on a proposal to approve the 2006 Long-Term Incentive Plan, as amended, which includes an increase in the share reserve by 65,000,000 shares, was as follows:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 918,038,327 | 302,185,359 | 1,474,386 |

Broker Non-Votes: 196,431,094

The foregoing proposal was approved.

**Proposal 3:**  The vote on a proposal to amend the 2001 Employee Stock Purchase Plan to increase the share reserve by 22,000,000 shares was as follows:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 1,189,796,028 | 30,641,010 | 1,261,034 |

Broker Non-Votes: 196,431,094

The foregoing proposal was approved.