IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, </br></br> Plaintiff, </br></br> v. </br></br> BARBARA T. ALEXANDER, et al., </br></br> Defendants, </br></br> -and- </br></br> QUALCOMM INCORPORATED, </br></br> Nominal Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 11-217-RGA </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff and Defendants hereby agree, subject to the approval of the Court, that the time for Plaintiff to file a reply brief in support of Plaintiff's Motion for Leave to Amend Complaint shall be extended until May 7, 2012.

Respectfully submitted,

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Brian E. Farnan* </br> Joseph J. Farnan, Jr. (#100245) </br> Joseph J. Farnan, III (#3945) </br> Brian E. Farnan (#4089) </br> 919 N. Market Street, 12th Floor </br> Wilmington, DE 19801 </br> Tel: (302) 777-0300 </br> Fax: (302) 777-0301 </br> farnan@farnanlaw.com </br> jjfarnan@farnanlaw.com </br> bfarnan@farnanlaw.com </br></br> *Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz* </br> Richard L. Horwitz (#2246) </br> Peter J. Walsh, Jr. (#2437) </br> Matthew D. Stachel (#5419) </br> Hercules Plaza, 6th Floor </br> 1313 N. Market Street </br> Wilmington, DE19801 </br> Tel: (302) 984-6000 </br> Fax: (302) 658-1192 </br> rhorwitz@potteranderson.com </br> pwalsh@potteranderson.com </br> mstachel@potteranderson.com </br></br> *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Richard G. Andrews