IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-CV-217-RGA |
| ) | |
| v. ) | |
| ) | |
| BARBARA T. ALEXANDER, STEPHEN M. ) | |
| BENNETT, DONALD G. CRUICKSHANK, ) | |
| RAYMOND V. DITTAMORE, THOMAS W. ) | |
| HORTON, IRWIN M. JACOBS, PAUL E. ) | |
| JACOBS, ROBERT E. KAHN, SHERRY ) | |
| LANSING, DUANE NELLES, FRANCISCO ) | |
| ROS, BRENT SCOWCROFT, MARC I. STERN, ) | |
| WILLIAM E. KEITEL, STEVEN R. ALTMAN, ) | |
| STEVEN M. MOLLENKOPF, DONALD J. ) | |
| ROSENBERG and QUALCOMM ) | |
| INCORPORATED, ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| ) | |
| Nominal Defendant. ) | |

**WITHDRAWAL BY PLAINTIFF OF HIS**
**MOTION TO AMEND THE COMPLAINT**

Plaintiff hereby withdraws without prejudice his motion to amend the complaint. The grounds for withdrawing this motion are that, since plaintiff first moved to amend the complaint, he has received documentation through discovery that suggests additional allegations that are not currently included in the amended complaint. To this end, having withdrawn this motion,

plaintiff will soon move to amend and supplement the complaint in order to add these additional allegations to those amendments for which he previously moved.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 7, 2012 | FARNAN LLP |
| | /s/Brian E. Farnan |
| | Joseph J. Farnan, Jr. (Bar No. 100245) |
| | Joseph J. Farnan, III (Bar No. 3945) |
| | Brian Farnan (Bar No. 4089) |
| | 919 N. Market Street |
| | 12th Floor |
| | Wilmington, Delaware 19801 |
| | Tel.: (302) 777-0300 |
| | Fax: (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | *Attorneys for Plaintiff* |

*Of Counsel*:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
(215) 963-0600