IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>BARBARA T. ALEXANDER, et al. )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>QUALCOMM INCORPORATED, )<br>)<br>Nominal Defendant. ) | C.A. No.:  11-cv-217-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 11, 2012 a copy of Plaintiff's Second Request for Production of Documents to All Defendants was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
Peter J. Walsh
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

<u>Via E-Mail</u>
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

|  |  |
|---|---|
| Dated: May 11, 2012 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/Brian E. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Joseph J. Farnan, III (Bar No. 3945)<br>Brian Farnan (Bar No. 4089)<br>919 N. Market Street<br>12th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* |
| OF COUNSEL:<br><br>BARRACK, RODOS & BACINE<br>Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>425 Park Avenue, Suite 3100<br>New York, New York 10022<br>Tel.: (212) 688-0782<br>Fax: (212) 688-0783<br><br>BARRACK, RODOS & BACINE<br>Daniel E. Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 963-0600 |  |