# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARBARA T. ALEXANDER, et al., )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>QUALCOMM INCORPORATED, )<br>)<br>Nominal Defendant. ) | C.A. No. 11-217-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 30, 2012, upon the following attorneys of record as indicated below:

> **THE INDIVIDUAL DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**
>
> **THE INDIVIDUAL DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>Farnan LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>Barrack Rodos & Bacine<br>1350 Broadway, Suite 1001<br>New York, NY  10018<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |

Daniel E. Bacine
Julie B. Palley
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel:  (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

Dated:  May 30, 2012
1061370 / 36664

POTTER ANDERSON & CORROON LLP

By: */s/ Matthew D. Stachel*
    Richard L. Horwitz (#2246)
    Peter J. Walsh, Jr. (#2437)
    Matthew D. Stachel (#5419)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com
    mstachel@potteranderson.com

*Attorneys for the Individual Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Matthew D. Stachel, hereby certify that on May 30, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 30, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | William J. Ban |
| Brian E. Farnan | Michael A. Toomey |
| FARNAN LLP | Barrack Rodos & Bacine |
| 919 N. Market Street | 1350 Broadway, Suite 1001 |
| 12th Floor | New York, NY  10018 |
| Wilmington, DE 19801 | agershon@barrack.com |
| farnan@farnanlaw.com | wban@barrack.com |
| jjfarnan@farnanlaw.com | mtoomey@barrack.com |
| bfarnan@farnanlaw.com | |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

By:  */s/ Matthew D. Stachel*
　　　Richard L. Horwitz (#2246)
　　　Peter J. Walsh, Jr. (#2437)
　　　Matthew D. Stachel (#5419)
　　　POTTER ANDERSON & CORROON LLP
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　pwalsh@potteranderson.com
　　　mstachel@potteranderson.com

1061370 / 36664