IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.:  11-cv-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of defendant Qualcomm Incorporated ("Qualcomm") at the offices of Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101, or at such other locations as agreed upon or ordered by the Court, beginning at 9:00 a.m. on July 17, 2012, or on such other date or time agreed upon or ordered by the Court. Qualcomm is hereby advised of its obligation to designate for deposition one or more persons able to testify on behalf of the company with knowledge of the following areas:

1. When and on what forms did Qualcomm file United States income tax returns for 2010 and 2011.

2. The deductions Qualcomm claimed on the aforesaid returns for compensation paid to the CEO and the four highest compensated (as determined pursuant to Treas. Reg. Sec. 1.162-27(c)(2)(ii) (referring to the executive disclosure rules under the Exchange Act)) officers named each year in the annual proxy statement's Summary Compensation Table(s) and from what Qualcomm compensation plan(s) that compensation was paid.

3. A request by Qualcomm for an issue resolution agreement made by letter dated January 31, 2012, from Qualcomm's VP, Tax and Trade, Steve Gardener ("Gardener") to IRS employee Lisa M. Risser, CPA, Account Coordinator #0621965, LB & I Team 1054, 750 B Street, Suite 1630, San Diego, CA 92101 ("Risser") (the "RA Request") and the resolution of the RA Request.

4. The process of resolving the RA Request by the IRS, including, but not limited to, the analysis performed and data or information relied upon by IRS employees Risser, Kellie J. Bushwar, ("Bushwar"), IRS Executive Compensation Specialist and Employment Tax Specialist, at the IRS Ft. Worth, Texas, office, Jay Jensen, ("Jensen"), at the IRS Farmers Branch, Texas, office and/or Robert E. Cudlip, Esq., ("Cudlip"), IRS Office of Chief Counsel in San Diego, CA.

5. What, if any, specific facts, documents or representations, were communicated by Gardener, or any other Qualcomm employee or agent, including, but not limited to Dan Gyokery, ("Gyokery"), Howard Schneck, ("Schenck"), Selma Torres, ("Torres") and/or Beth Wapner, ("Wapner"), to any of the IRS employees involved in addressing the RA Request including, but not limited to, whether the performance goals of Qualcomm's 2006 Long Term Incentive Plan

("LTIP"), as amended, were, in fact, re-approved by Qualcomm's shareholders at the 2010 Qualcomm shareholders' meeting.

6. The source, derivation and veracity for any such specific facts, documents or representations referred to in the preceding paragraph.

7. Any communication between or among IRS employees Risser, Bushwar, Jensen, Cudlip and/or any employee or agent of Qualcomm, including, but not limited to, Gardener, Gyokery, Schneck, Torres and/or Wapner, concerning forming an understanding or determining whether the performance goals of Qualcomm's 2006 LTIP, as amended, were, in fact, re-approved by Qualcomm's shareholders at the 2010 Qualcomm shareholders' meeting and the nature of any such understanding or determination.

8. Whether, as stated in the RA Request, "the [Qualcomm] 2011 Proxy and subsequent successful shareholder vote satisfy the shareholder approval requirements of Treas. Reg. Section 1.162-27(e)(4)? Specifically, does the statement in the 2011 Proxy '*[s]hould stockholder approval not be obtained, then the proposed amendments will not be implemented, and the 2006 LTIP will continue in effect pursuant to its current terms*' violate 1.162-27(e)(4)(i)?"

The deposition will be conducted under oath by an officer authorized to take such testimony, will be recorded by videotape and stenographic means, and will continue on succeeding business days from 9:00 a.m. to 5:00 p.m. until completed or adjourned. You are invited to attend and cross-examine.

Respectfully submitted,

Dated: June 13, 2012

FARNAN LLP

/s/Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600