IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> BARBARA T. ALEXANDER, et al. ) <br> ) <br> Defendants, ) <br> ) <br> -and- ) <br> ) <br> QUALCOMM INCORPORATED, ) <br> ) <br> Nominal Defendant. ) | C.A. No.:  11-cv-217-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 13, 2012 a copy of Plaintiff's First Interrogatories to all Defendants was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
Peter J. Walsh
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

<u>Via E-Mail</u>
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2012 | FARNAN LLP |
|  | /s/Brian E. Farnan |
|  | Joseph J. Farnan, Jr. (Bar No. 100245) |
|  | Joseph J. Farnan, III (Bar No. 3945) |
|  | Brian Farnan (Bar No. 4089) |
|  | 919 N. Market Street |
|  | 12th Floor |
|  | Wilmington, Delaware 19801 |
|  | Tel.: (302) 777-0300 |
|  | Fax: (302) 777-0301 |
|  | bfarnan@farnanlaw.com |
|  | *Attorneys for Plaintiff* |
| OF COUNSEL: |  |
| BARRACK, RODOS & BACINE |  |
| Alexander Arnold Gershon |  |
| William J. Ban |  |
| Michael A. Toomey |  |
| 425 Park Avenue, Suite 3100 |  |
| New York, New York 10022 |  |
| Tel.: (212) 688-0782 |  |
| Fax: (212) 688-0783 |  |
| BARRACK, RODOS & BACINE |  |
| Daniel E. Bacine |  |
| 3300 Two Commerce Square |  |
| 2001 Market Street |  |
| Philadelphia, Pennsylvania 19103 |  |
| Tel.: (215) 963-0600 |  |