# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARBARA T. ALEXANDER, et al.,<br><br>　　　　Defendants,<br><br>　　-and-<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 11-217-RGA<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY

Defendants Barbara T. Alexander, Stephen M. Bennett, Donald G. Cruickshank, Raymond V. Dittamore, Thomas W. Horton, Irwin M. Jacobs, Paul E. Jacobs, Robert E. Kahn, Sherry Lansing, Duane Nelles, Francisco Ros, Brent Scowcroft, Marc I. Stern, William E. Keitel, Steven R. Altman, Steven M. Mollenkopf, Donald J. Rosenberg, and Qualcomm Incorporated ("Defendants") jointly move for leave to file an early motion for summary judgment and to stay discovery. The grounds for this motion are set forth in Defendants' Brief, being filed herewith.

                                        Respectfully submitted,

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

Dated: June 18, 2012
1063805 / 36664

                                        By: */s/ Richard L. Horwitz*
                                              Richard L. Horwitz (#2246)
                                              Peter J. Walsh, Jr. (#2437)
                                              Matthew D. Stachel (#5419)
                                              Hercules Plaza, 6th Floor
                                              1313 N. Market Street
                                              Wilmington, DE19801
                                              Tel: (302) 984-6000
                                              rhorwitz@potteranderson.com
                                              pwalsh@potteranderson.com
                                              mstachel@potteranderson.com

                                        *Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 18, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 18, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY  10018<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1063804