IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | **PUBLIC VERSION** |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

### DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE TIME TO AMEND OR SUPPLEMENT THE PLEADINGS

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

Dated: June 18, 2012
Public Version Dated: June 25, 2012
1063797/36664

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | **PUBLIC VERSION** |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

### DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE TIME TO AMEND OR SUPPLEMENT THE PLEADINGS

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Extend the Time to Amend or Supplement the Pleadings for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to their opposition to plaintiff's motion.

3. Attached hereto as Exhibit A is a true and correct copy of Rachel G. Skaistis's November 29, 2011, letter to A. Arnold Gershon and William J. Ban.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from A. Arnold Gershon and William J. Ban's February 13, 2012, letter to Evan R. Chesler and Rachel G. Skaistis.

5. Attached hereto as Exhibit C is a true and correct copy of the transcript of the February 29, 2012, Status Conference.

6. Attached hereto as Exhibit D is a true and correct copy of Rachel G. Skaistis's March 13, 2012, letter to A. Arnold Gershon and William J. Ban.

7. Attached hereto as Exhibit E is a true and correct copy of A. Arnold Gershon's March 21, 2012, letter to Rachel G. Skaistis.

8. Attached hereto as Exhibit F is a true and correct copy of Rachel G. Skaistis's March 30, 2012, letter to A. Arnold Gershon.

9. Attached hereto as Exhibit G is a true and correct copy of A. Arnold Gershon's April 3, 2012, letter to Rachel G. Skaistis.

10. Attached hereto as Exhibit H is a true and correct copy of Rachel G. Skaistis's April 23, 2012, letter to A. Arnold Gershon.

11. Attached hereto as Exhibit I is a true and correct copy of Rachel G. Skaistis's April 24, 2012, letter to A. Arnold Gershon.

12. Attached hereto as Exhibit J is a true and correct copy of A. Arnold Gershon's April 24, 2012, e-mail to Rachel G. Skaistis.

13. Attached hereto as Exhibit K is a true and correct copy of excerpts from Brian E. Farnan's April 26, 2012, letter to Rachel G. Skaistis.

14. Attached hereto as Exhibit L is a true and correct copy of Rachel G. Skaistis's April 27, 2012, letter to Brian E. Farnan.

15. Attached hereto as Exhibit M is a true and correct copy of excerpts from A. Arnold Gershon's May 1, 2012, letter to Rachel G. Skaistis.

16. Attached hereto as Exhibit N is a true and correct copy of Rachel G. Skaistis's May 2, 2012, letter to A. Arnold Gershon.

17. Attached hereto as Exhibit O is a true and correct copy of Plaintiff's Second Request for Production of Documents to all Defendants, served on May 11, 2012.

18. Attached hereto as Exhibit P is a true and correct copy of the executed Form 886-A Issue Resolution Agreement ("IRA") between Qualcomm Incorporated and the Internal Revenue Service, dated June 11, 2012.

Dated: June 18, 2012

*/s/ Rachel G. Skaistis*
Rachel G. Skaistis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 25, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 25, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

By: */s/ Richard L. Horwitz*
Richard L. Horwitz
Peter J. Walsh
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1009647 / 36664