## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | C.A. No.: 11-cv-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 26, 2012 a copy of: (i) Plaintiff's Objections and Responses to the Individual Defendants' First Request for the Production of Documents Directed to Plaintiff; and (ii) Plaintiff's Objections and Responses to the Individual Defendants' First Set of Interrogatories Directed to Plaintiff was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
Peter J. Walsh
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

<u>Via E-Mail</u>
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 26, 2012 | FARNAN LLP |
|  | /s/Brian E. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Joseph J. Farnan, III (Bar No. 3945)<br>Brian Farnan (Bar No. 4089)<br>919 N. Market Street<br>12th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com |
|  | *Attorneys for Plaintiff* |

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600