# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  v.                          )<br>                              )<br>BARBARA T. ALEXANDER, et al., )<br>                              )<br>     Defendants,            )<br>                              )<br>  -and-                       )<br>                              )<br>QUALCOMM INCORPORATED,        )<br>                              )<br>     Nominal Defendant.     )  | C.A. No. 11-217-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO FILE SUR REPLY

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that defendants may file a Sur Reply, as attached hereto as Exhibit A, in opposition to plaintiff's Reply Brief in Support of Plaintiff's Motion to Extend the Time to Amend or Supplement the Pleadings.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Brian E. Farnan*<br>    Joseph J. Farnan, Jr. (#100245)<br>    Joseph J. Farnan, III (#3945)<br>    Brian E. Farnan (#4089)<br>    919 N. Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 777-0300<br>    farnan@farnanlaw.com<br>    jjfarnan@farnanlaw.com<br>    bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    Peter J. Walsh, Jr. (#2437)<br>    Matthew D. Stachel (#5419)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    pwalsh@potteranderson.com<br>    mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

1065744 / 36664

IT IS SO ORDERED  this _____ day of _____, 2012.

                                                              _____
                                                              The Hon. Richard G. Andrews