# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) ) ) | |
| -and- | ) ) | |
| QUALCOMM INCORPORATED, | ) ) | |
| Nominal Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on July 13, 2012, upon the following attorneys of record as indicated below:

**DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES TO ALL DEFENDANTS**

## VIA ELECTRONIC MAIL

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Evan R. Chesler<br>Rachel G. Skaistis<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Tel: (212) 474-1000<br>EChesler@cravath.com<br>RSkaistis@cravath.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    Peter J. Walsh, Jr. (#2437)<br>    Matthew D. Stachel (#5419)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    pwalsh@potteranderson.com |
| Dated: July 13, 2012<br>1067024 / 36664 | *Attorneys for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 13, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 13, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>BARRACK RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

               By:  */s/ Richard L. Horwitz*
                  Richard L. Horwitz
                  Peter J. Walsh
                  Matthew D. Stachel
                  POTTER ANDERSON & CORROON LLP
                  Tel: (302) 984-6000
                  rhorwitz@potteranderson.com
                  pwalsh@potteranderson.com
                  mstachel@potteranderson.com

1009647 / 36664