IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | : |
|     Defendants, | : |
| and | : |
| QUALCOMM INCORPORATED, | : |
|     Nominal Defendant. | : |

## ORDER

Having reviewed Plaintiff's Motion for Extension of Time to Amend or Supplement the Pleadings (D.I. 86) and related briefing (D.I. 90, 91, 100, 101), Defendants' Joint Motion for Leave To File An Early Motion for Summary Judgment and To Stay Discovery (D.I. 92) and related briefing (D.I. 93, 94, 104, 105, 112), and the parties' discovery dispute submissions (D.I. 113, 114), it is **ORDERED** that Plaintiff's Motion (D.I. 86) is **GRANTED** and Defendants' Motion (D.I. 92) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendants shall produce to Plaintiff evidence of a board resolution giving the Compensation Committee the power to slate matters for a shareholder vote, or confirm that such a resolution does not exist, within seven days of this Order. Plaintiff shall have fourteen days from such production to amend its complaint accordingly. Plaintiff shall file a redlined version of any amended complaint indicating the amendments.

2. Discovery is not stayed. The parties may engage in discovery based on Plaintiff's amended complaint. Defendants may move for summary judgment within forty-five days of Plaintiff's amended complaint.

Entered this 23rd day of July, 2012.

_____
United States District Judge

1