# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 11-217-RGA |
| BARBARA T. ALEXANDER, et al, | ) ) ) |
| Defendants, | ) ) |
| - and - | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the depositions upon oral examination of the following individual defendants at the offices of Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101, or at such other locations as agreed upon or ordered by the Court, at the following dates and times, or on such other date or time agreed upon or ordered by the Court:

1. Barbara T. Alexander      August 14, 2012      9:00 a.m.
2. Stephen M. Bennett         August 14, 2012      2:00 p.m.
3. Donald G. Cruickshank      August 15, 2012      9:00 a.m.
4. Sherry Lansing             August 15, 2012      2:00 p.m.
5. Brent Scowcroft            August 16, 2012      9:00 a.m.
6. Marc I. Stern              August 16, 2012      2:00 p.m.

The address of each of the foregoing witnesses is:

5775 Morehouse Drive
San Diego, California

The depositions will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means, and will continue until completed or adjourned. You are invited to attend and cross-examine.

Respectfully submitted,

Dated: August 1, 2012

FARNAN LLP

/s/Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600