IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| - and - ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff will take the depositions upon oral examination of Jay Rains, 4365 Executive Drive, Suite 1100, San Diego, California, at the offices of Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101, or at such other locations as agreed upon or ordered by the Court, in sequential order, beginning at 9:00 a.m. on August 21, 2012, or on such other date or time agreed upon or ordered by the Court.

The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means, and will continue on succeeding business days from 9:00 a.m. to 4:00 p.m. until completed or adjourned. You are invited to attend and cross-examine.

The witness is to bring to the deposition all documents reflecting and concerning the 2010 and 2011 annual meetings of the stockholders of defendant Qualcomm Incorporated

("Qualcomm"), the meeting of the board of directors of Qualcomm held on or about December 5, 2005, at which the board took action concerning the 2006 Long Term Incentive Plan, the meeting of the board of directors of Qualcomm held on or about December 7, 2009, the notice of that meeting, and the meeting of the board of directors of Qualcomm held on or about March 1, 2010, at which the board took action concerning the board's compensation committee.

                              Respectfully submitted,

Dated: August 2, 2012                 FARNAN LLP

                              /s/Brian E. Farnan
                              Joseph J. Farnan, Jr. (Bar No. 100245)
                              Joseph J. Farnan, III (Bar No. 3945)
                              Brian Farnan (Bar No. 4089)
                              919 N. Market Street
                              12th Floor
                              Wilmington, Delaware 19801
                              Tel.: (302) 777-0300
                              Fax: (302) 777-0301
                              bfarnan@farnanlaw.com

                              *Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600