## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.:  11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, Plaintiff will take the depositions upon oral examination of Douglas Rein, 4365

Executive Drive, Suite 1100, San Diego, California, at the offices of Barrack, Rodos & Bacine,

One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101, or at such

other locations as agreed upon or ordered by the Court, in sequential order, beginning at 2:30

p.m. on August 21, 2012, or on such other date or time agreed upon or ordered by the Court.

The deposition will be conducted under oath before an officer authorized to take such

testimony, will be recorded by videotape and stenographic means, and will continue on

succeeding business days from 9:00 a.m. to 4:00 p.m. until completed or adjourned.  You are

invited to attend and cross-examine.

The witness is to bring to the deposition all documents reflecting and concerning the

meeting of the compensation committee of the board of directors of Qualcomm Incorporated

("Qualcomm") held on or about December 15, 2009, at which the committee took action concerning the 2006 Long Term Incentive Plan and the meeting of the compensation committee of the board of directors of Qualcomm held on or about December 13, 2010, at which the committee took action concerning the 2006 Long Term Incentive Plan.

Respectfully submitted,

Dated:  August 2, 2012

FARNAN LLP

/s/Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600