IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>BARBARA T. ALEXANDER, et al. )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>QUALCOMM INCORPORATED, )<br>)<br>Nominal Defendant. ) | C.A. No.:  11-cv-217-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 2, 2012, a copy of Plaintiff's Second Interrogatories to All Defendants was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
Peter J. Walsh
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

<u>Via E-Mail</u>
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

Respectfully submitted,

Dated:  August 2, 2012

FARNAN LLP

/s/Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street

                                                12th Floor  
                                                Wilmington, Delaware 19801  
                                                Tel.: (302) 777-0300  
                                                Fax: (302) 777-0301  
                                                bfarnan@farnanlaw.com

                                                *Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE  
Alexander Arnold Gershon  
William J. Ban  
Michael A. Toomey  
425 Park Avenue, Suite 3100  
New York, New York 10022  
Tel.: (212) 688-0782  
Fax: (212) 688-0783

BARRACK, RODOS & BACINE  
Daniel E. Bacine  
3300 Two Commerce Square  
2001 Market Street  
Philadelphia, Pennsylvania 19103  
Tel.: (215) 963-0600