# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Verified Amended and Supplemented Complaint ("Amended Complaint") shall be extended to September 14, 2012. [handwritten: RGA]

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that should Defendants move to dismiss the Amended Complaint or otherwise respond to the Amended Complaint in a manner requiring a response from Plaintiff, the time for Plaintiff to respond to such motion or other response shall be extended to October 14, 2012. [handwritten: RGA]

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that in view of the allegations in the Amended Complaint, Defendants do not intend to file a motion for summary judgment within forty-five (45) days of the filing of the Amended Complaint, as provided in the Court's

Order dated July 23, 2012, but by not filing a motion for summary judgment at that time Defendants do not forfeit the ability to file a motion for summary judgment in accordance with any other schedule to be agreed upon by the parties or otherwise ordered by the Court.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Brian E. Farnan<br>Joseph J. Farnan, Jr. (#100245)<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1072077 / 36664

IT IS SO ORDERED, as indicated above, this 24th day of Aug, 2012.

_____
The Hon. Richard G. Andrews