IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH HOCH,

Plaintiff,

v.

BARBARA T. ALEXANDER, et al,

Defendants,

- and -

QUALCOMM INCORPORATED,

Nominal Defendant.

C.A. No.: 11-cv-217-RGA

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the depositions upon oral examination of the following individual defendants at the offices of Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101, or at such other locations as agreed upon or ordered by the Court, at the following dates and times, or on such other date or time agreed upon or ordered by the Court:

| | Name | Date | Time |
|---|---|---|---|
| 1. | Raymond V. Dittamore | October 29, 2012 | 9:00 a.m. |
| 2. | Thomas W. Horton | October 29, 2012 | 12:00 p.m. |
| 3. | Irwin M. Jacobs | October 29, 2012 | 3:00 p.m. |
| 4. | Paul E. Jacobs | October 30, 2012 | 9:00 a.m. |
| 5. | Robert E. Kahn | October 30, 2012 | 2:00 p.m. |
| 6. | Duane Nelles | October 31, 2012 | 9:00 a.m. |
| 7. | Francisco Ros | October 31, 2012 | 2:00 p.m. |
| 8. | William E. Keitel | November 1, 2012 | 9:00 a.m. |
| 9. | Steven R. Altman | November 1, 2012 | 2:00 p.m. |
| 10. | Steven M. Mollenkopf | November 2, 2012 | 9:00 a.m. |
| 11. | Donald J. Rosenberg | November 2, 2012 | 2:00 p.m. |

The address of each of the foregoing witnesses is:

5775 Morehouse Drive
San Diego, California

The depositions will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means, and will continue until completed or adjourned. You are invited to attend and cross-examine.

Dated: September 10, 2012

FARNAN LLP

By: /s/ Brian E. Farnan
Joseph J. Farnan, Jr. (#100245)
Joseph J. Farnan III (#3945)
Brian Farnan (#4089)
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 963-0600