## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

### DEFENDANTS' MOTION TO DISMISS
### THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants hereby move the Court

to dismiss Plaintiff Kenneth Hoch's Amended Complaint for failure to state a claim as a matter

of law.  The grounds for this motion are set forth in the accompanying Brief in support.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Evan R. Chesler                              By: */s/ Richard L. Horwitz*
Rachel G. Skaistis                                 Richard L. Horwitz (#2246)
CRAVATH, SWAINE & MOORE LLP                        Peter J. Walsh, Jr. (#2437)
Worldwide Plaza                                    Matthew D. Stachel (#5419)
825 Eighth Avenue                                  Hercules Plaza, 6th Floor
New York, New York 10019                           1313 N. Market Street
Tel:  (212) 474-1000                               Wilmington, DE19801
EChesler@cravath.com                               Tel:  (302) 984-6000
RSkaistis@cravath.com                              rhorwitz@potteranderson.com
                                                   pwalsh@potteranderson.com
                                                   mstachel@potteranderson.com
Dated:  September 14, 2012
1075214 / 36664

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, Richard L. Horwitz, hereby certify that on September 14, 2012, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I further certify that on September 14, 2012, the attached document was Electronically

Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

By:   */s/ Richard L. Horwitz*
     Richard L. Horwitz
     Peter J. Walsh
     Matthew D. Stachel
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     pwalsh@potteranderson.com
     mstachel@potteranderson.com

1009647 / 36664