IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-217-RGA ) |
| BARBARA T. ALEXANDER, et al., | ) **JURY TRIAL DEMANDED** ) |
| Defendants, | ) **PUBLIC VERSION** ) |
| -and- | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) |

## DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

POTTER ANDERSON & CORROON LLP
Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for Defendants*

Dated: September 14, 2012
Public Version Dated: September 21, 2012
1075223 / 36664

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to their Motion.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Qualcomm Incorporated ("Qualcomm") Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the Securities and Exchange Commission ("SEC") on January 12, 2006 ("2006 Proxy Statement"), and a true and correct copy of the Qualcomm 2006 Long-Term Incentive Plan ("2006 LTIP"), which Qualcomm filed as Appendix 3 to the 2006 Proxy Statement.

4. Attached hereto as Exhibit B is a true and correct copy of the Restated Certificate of Incorporation of Qualcomm, which was filed with the Secretary of State of the State of Delaware on March 7, 2006.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from Qualcomm's Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on January 12, 2010 ("2010 Proxy Statement"), and a true and correct copy of the 2006 LTIP, which Qualcomm filed as Appendix 3 to the 2010 Proxy Statement.

6. Attached hereto as Exhibit D is a true and correct copy of the Final

Transcript of the Qualcomm 2010 Annual Meeting of Stockholders, March 2, 2010, available at Thomson Reuters Street Events (www.streetevents.com).

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from Qualcomm's Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-Q), filed with the SEC on April 21, 2010.

8. Attached hereto as Exhibit F is a true and correct copy of Qualcomm's Registration Statement Under the Securities Act of 1933 (Form S-8), filed with the SEC on April 22, 2010.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts from Qualcomm's Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-K), filed with the SEC on November 3, 2010.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts from Qualcomm's Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on January 19, 2011 ("Proxy Statement"), and a true and correct copy of the 2006 LTIP, as amended in 2011, which Qualcomm filed as Appendix 3 to the Proxy Statement.

11. Attached hereto as Exhibit I is a true and correct copy of Qualcomm's form Voting Card, filed January 19, 2011.

12. Attached hereto as Exhibit J is a true and correct copy of excerpts from Qualcomm's Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-Q), filed with the SEC on January 26, 2011.

13. Attached hereto as Exhibit K is a true and correct copy of the Final Transcript of the Qualcomm 2011 Annual Meeting of Stockholders, March 8, 2011,

available at Thomson Reuters Street Events (www.streetevents.com).

14. Attached hereto as Exhibit L is a true and correct copy of excerpts from Qualcomm's Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 8-K), filed with the SEC on March 14, 2011.

15. Attached hereto as Exhibit M is a true and correct copy of Qualcomm's Registration Statement Under the Securities Act of 1933 (Form S-8), filed with the SEC on March 30, 2011.

16. Attached hereto as Exhibit N is a true and correct copy of excerpts from Qualcomm's Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-K), filed with the SEC on November 2, 2011.

17. Attached hereto as Exhibit O is a true and correct copy of Rachel G. Skaistis's November 29, 2011, letter to A. Arnold Gershon and William J. Ban.

18. Attached hereto as Exhibit P is a true and correct copy of the transcript of the February 29, 2012 Status Conference.

19. Attached hereto as Exhibit Q is a true and correct copy of the executed Form 886-A Issue Resolution Agreement ("IRA") between Qualcomm Incorporated and the Internal Revenue Service, dated June 11, 2012.

Dated: September 14, 2012

*/s/ Rachel G. Skaistis*
Rachel G. Skaistis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 21, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 21, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Peter J. Walsh
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1009647 / 36664