# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on October 30, 2012, upon the following attorneys of record as indicated below:

**THE INDIVIDUAL DEFENDANTS' SECOND SET OF
INTERROGATORIES DIRECTED TO PLAINTIFF**

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Alexander Arnold Gershon | Daniel E. Bacine |
| William J. Ban | Julie B. Palley |
| Michael A. Toomey | BARRACK, RODOS & BACINE |
| BARRACK RODOS & BACINE | Two Commerce Square |
| 1350 Broadway, Suite 1001 | 2001 Market Street, Suite 3300 |
| New York, NY 10018 | Philadelphia, PA 19103 |
| agershon@barrack.com | dbacine@barrack.com |
| wban@barrack.com | jpalley@barrack.com |
| mtoomey@barrack.com | |

Samuel M . Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Evan R. Chesler | By: */s/ Richard L. Horwitz* |
| Rachel G. Skaistis | Richard L. Horwitz (#2246) |
| CRAVATH, SWAINE & MOORE LLP | Peter J. Walsh, Jr. (#2437) |
| Worldwide Plaza | Matthew D. Stachel (#5419) |
| 825 Eighth Avenue | Hercules Plaza, 6th Floor |
| New York, New York 10019 | 1313 N. Market Street |
| Tel: (212) 474-1000 | Wilmington, DE19801 |
| | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated: October 31, 2012 | pwalsh@potteranderson.com |
| 1081199 / 36664 | mstachel@potteranderson.com |
| | *Attorneys for the Individual Defendants* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 31, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 31, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA  92101
sward@barrack.com

By:   */s/ Richard L. Horwitz*
        Richard L. Horwitz
        Peter J. Walsh
        Matthew D. Stachel
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        pwalsh@potteranderson.com
        mstachel@potteranderson.com

1009647 / 36664