**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendants respectfully request oral argument on their

Motion to Dismiss the Amended Complaint (D.I. 127).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel:  (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

By:  */s/ Richard L. Horwitz*
　　　Richard L. Horwitz (#2246)
　　　Peter J. Walsh, Jr. (#2437)
　　　Matthew D. Stachel (#5419)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE 19801
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　pwalsh@potteranderson.com
　　　mstachel@potteranderson.com

Dated:  October 31, 2012
1081013 / 36664

*Attorneys for Defendants*

### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on October 31, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 31, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

Samuel M . Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA  92101
sward@barrack.com

By:    /s/ Richard L. Horwitz
         Richard L. Horwitz
         Peter J. Walsh
         Matthew D. Stachel
         POTTER ANDERSON & CORROON LLP
         Tel:  (302) 984-6000
         rhorwitz@potteranderson.com
         pwalsh@potteranderson.com
         mstachel@potteranderson.com

1081013 / 36664