## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants will take the deposition upon oral examination of plaintiff KENNETH HOCH at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 N. Market Street, Wilmington, Delaware 19801, or at such other location as agreed upon by the parties or ordered by the Court. The deposition will begin at 9:30 a.m. EST on November 27, 2012, or on such other date or time agreed upon by the parties or ordered by the Court. The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means and will continue on succeeding business days until completed or adjourned.

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel:  (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

Dated:  November 8, 2012
1082037 / 36664

POTTER ANDERSON & CORROON
LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    Peter J. Walsh, Jr. (#2437)
    Matthew D. Stachel (#5419)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com
    mstachel@potteranderson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 8, 2012, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will

send notification to the registered attorney(s) of record that the document has been filed

and is available for viewing and downloading.

I further certify that on November 8, 2012, the attached document was

Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Samuel M . Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By:     */s/ Richard L. Horwitz*
Richard L. Horwitz
Peter J. Walsh
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1082037 / 36664

3