IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 11-cv-217-RGA ) |
| BARBARA T. ALEXANDER, et al, | ) ) |
| Defendants, | ) ) |
| - and - | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of DLA Piper LLP, 1251 Avenue of the Americas, New York, NY 10020-1104, at the offices of Barrack, Rodos & Bacine, 425 Park Avenue, Suite 3100, New York, NY 10022, or at such other locations as agreed upon or ordered by the Court, beginning at 10:00 a.m. on December 11, 2012, or on such other date or time agreed upon or ordered by the Court.

The deponent will be advised of its obligation to designate for deposition one or more persons able to testify on its behalf with knowledge of changes made to the text of the Qualcomm Incorporated ("Qualcomm") 2011 annual proxy statement, including Appendix 3, the 2006 Long Term Incentive Plan, on January 10, 2011, by Noreen Burns of Qualcomm, at the direction of Mark Muedeking and Paolo Pasicolan of DLA Piper, including the reasons for those

changes, and the identity of all persons whom Mssrs. Muedeking and Pasicolan informed of such changes before, on and/or after January 10, 2011.

The deponent and its designee(s) will be directed to bring any and all documents necessary to inform, or otherwise relevant to, their testimony to the deposition.

The deposition(s) will be conducted under oath before an officer authorized to take such testimony, will be recorded by stenographic means and will continue until completed or adjourned. You are invited to attend and cross-examine.

Dated: November 21, 2012                                Respectfully submitted,

                                                        FARNAN LLP


                                                         /s/ Brian E. Farnan
                                                        Joseph J. Farnan III (#3945)
                                                        Brian Farnan (#4089)
                                                        919 N. Market Street
                                                        12th Floor
                                                        Wilmington, DE  19801
                                                        (302) 777-0300
                                                        (302) 777-0301 (Fax)
                                                        bfarnan@farnanlaw.com

OF COUNSEL:                                             *Attorneys for Plaintiff*

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK, RODOS & BACINE
425 Park Avenue, Suite 3100
New York, New York  10022
Tel: (212) 688-0782
Fax: (212) 688-0783

Daniel E. Bacine
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
(215) 963-0600