IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER EXTENDING DEADLINE FOR DEPOSITIONS

Whereas on March 2, 2012, the Court entered a Scheduling Order which provided, *inter alia*, that all discovery shall be completed on November 29, 2012, and

Whereas the parties agree that certain depositions of parties cannot be completed within that time, it is hereby stipulated and agreed, between the parties herein, subject to the approval of the Court, that

(1) The deadline to complete depositions is extended from November 29, 2012 to January 13, 2013, with the exception of Plaintiff Kenneth Hoch's deposition;

(2) Due to medical reasons, the time to depose Plaintiff Kenneth Hoch is extended to March 15, 2013, with the understanding that Plaintiff will advise Defendants as soon as Mr. Hoch can be available for a deposition;

(3) Defendants will produce two additional director Defendants for depositions – one a member of Qualcomm's Compensation Committee and one a member of Qualcomm's Governance Committee;

(4) Plaintiff will not seek to depose the remaining director Defendants unless Defendants use these directors' testimony, either live or by affidavit, in the litigation, in which case Defendants will make the relevant directors available for deposition;

(5) Defendants will provide a deposition date for Defendant William E. Keitel, Qualcomm's Executive Vice President and Chief Financial Officer; and

(6) Defendants and Plaintiff agree to continue good faith discussions regarding whether Defendant Donald J. Rosenberg, Qualcomm's Executive Vice President, General Counsel and Corporate Secretary, will be deposed;

In addition, filed contemporaneously with this stipulation is Plaintiff's motion to extend time to serve written discovery until January 28, 2013. While defendants do not stipulate to that motion, they agree to not oppose it.

Respectfully submitted,

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Rosemary J. Piergiovanni<br>Brian E. Farnan (#4089)<br>Rosemary J. Piergiovanni (#3655)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>rpiergiovanni@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ Matthew D. Stachel<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Richard G. Andrews