IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARBARA T. ALEXANDER, STEPHEN M. )<br>BENNETT, DONALD G. CRUICKSHANK, )<br>RAYMOND V. DITTAMORE, THOMAS W. )<br>HORTON, IRWIN M. JACOBS, PAUL E. )<br>JACOBS, ROBERT E. KAHN, SHERRY )<br>LANSING, DUANE NELLES, FRANCISCO )<br>ROS, BRENT SCOWCROFT, MARC I. STERN, )<br>WILLIAM E. KEITEL, STEVEN R. ALTMAN, )<br>STEVEN M. MOLLENKOPF, DONALD J. )<br>ROSENBERG and QUALCOMM )<br>INCORPORATED, )<br>Defendants, )<br>)<br>-and- )<br>)<br>QUALCOMM INCORPORATED, )<br>)<br>Nominal Defendant. ) | C.A. No. 11-CV-217-RGA |

**ORDER**

AND NOW, this 16th day of Nov, 2012, upon consideration of Plaintiff's Unopposed Motion To Amend The Scheduling Order To Extend The Deadline For Written Discovery;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the deadline to serve written discovery set forth in the March 2, 2012 Scheduling Order is extended until January 28, 2013.

The Honorable Richard G. Andrews