# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER EXTENDING DEADLINE FOR DEPOSITIONS

Whereas on March 2, 2012, the Court entered a Scheduling Order, which provided, *inter alia*, that all discovery shall be completed on November 29, 2012, and

Whereas on November 26, 2012, the Court entered an order extending the deadline to complete depositions to January 13, 2013 (with the exception of Plaintiff Kenneth Hoch's deposition) and entered a separate order extending the deadline to serve written discovery until January 28, 2013,

Whereas with regard to Plaintiff Kenneth Hoch's deposition, due to medical reasons, the Court extended the time for his deposition to March 15, 2013,

Whereas the parties agree that certain depositions cannot be completed by January 13, 2013, it is hereby stipulated and agreed, between the parties herein, subject to the approval of the Court, that

(1) The deadline to complete depositions is extended from January 13, 2013 to February 13, 2013 with exception to Plaintiff Kenneth Hoch's deposition; and

(2) The deadline to serve written discovery is extended from January 28, 2013 to February 28, 2013.

|  | Respectfully submitted, |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Brian E. Farnan | By: /s/ Richard L. Horwitz |
| Joseph J. Farnan, III (#3945) | Richard L. Horwitz (#2246) |
| Brian E. Farnan (#4089) | Peter J. Walsh, Jr. (#2437) |
| 919 N. Market Street, 12th Floor | Matthew D. Stachel (#5419) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| Tel: (302) 777-0300 | 1313 N. Market Street |
| Fax: (302) 777-0301 | Wilmington, DE19801 |
| jjfarnan@farnanlaw.com | Tel: (302) 984-6000 |
| bfarnan@farnanlaw.com | Fax: (302) 658-1192 |
|  | rhorwitz@potteranderson.com |
|  | pwalsh@potteranderson.com |
|  | mstachel@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Richard G. Andrews