IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 11-cv-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants, ) | |
| ) | |
| - and - ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT REPORTS

Whereas on March 2, 2012, the Court entered a Scheduling Order, which provided, *inter alia*, that all expert reports shall be due on January 29, 2013, responses thereto on March 4, 2013, and replies on April 3, 2013, and

Whereas on January 8, 2013, the Court entered an oral order extending the deadline to complete depositions to February 13, 2013 (with the exception of Plaintiff Kenneth Hoch's deposition) and entered a separate order extending the deadline to serve written discovery until January 28, 2013,

Whereas with regard to Plaintiff Kenneth Hoch's deposition, due to medical reasons, the Court extended the time for his deposition to March 15, 2013,

Whereas the parties agree that expert reports cannot be completed by January 29, 2013, it is hereby stipulated and agreed, between the parties herein, subject to the approval of the Court, that

216602v1

(1)     The deadline to submit expert reports is extended from January 29, 2013 to March 1, 2013, with responses due April 5, 2013, and replies due April 29, 2013.

|  |  |
|---|---|
| | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Brian E. Farnan*<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Matthew D. Stachel*<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Richard G. Andrews