IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 11-217-RGA |
| BARBARA T. ALEXANDER, et al, | ) ) ) |
| Defendants, | ) ) |
| - and - | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the depositions upon oral examination of Brent Scowcroft on Thursday February 7, 2013 at 10:00A.M. at 900 17th Street, N.W., Suite 500, Washington, D.C.

The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means, and will continue until completed or adjourned. You are invited to attend and cross-examine.

Dated:   January 22, 2013

FARNAN LLP

By:   /s/ Brian E. Farnan
Joseph J. Farnan, Jr. (#100245)
Joseph J. Farnan III (#3945)
Brian Farnan (#4089)
919 N. Market Street
12th Floor
Wilmington, DE  19801
(302) 777-0300
(302) 777-0301 (Fax)
farnan@farnanlaw.com
jjfarnan@farnanlaw.com

209596v1

bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 963-0600