IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH HOCH,                              )
                                           )
                    Plaintiff,             )
                                           )
        v                                  )        C.A. No.:  11-cv-217-RGA
                                           )
BARBARA T. ALEXANDER, et al.               )
                                           )
                    Defendants,            )
                                           )
        -and-                              )
                                           )
QUALCOMM INCORPORATED,                     )
                                           )
                    Nominal Defendant.     )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 22, 2013, a copy of Plaintiff's Third

Request for Production of Documents to All Defendants was served on the following as

indicated:

<u>Via Hand Delivery and E-mail</u>        <u>Via E-Mail</u>
Richard L. Horwitz                          Evan R. Chesler
Peter J. Walsh                              Rachel G. Skaistis
Potter Anderson & Corroon LLP               Cravath, Swaine & Moore LLP
1313 N. Market Street                       echesler@cravath.com
Hercules Plaza, 6th Floor                   rskaistis@cravath.com
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com


                                            Respectfully submitted,

Dated:  January 22, 2013                    FARNAN LLP


                                            /s/Brian E. Farnan
                                            Joseph J. Farnan, III (Bar No. 3945)
                                            Brian Farnan (Bar No. 4089)

919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600