# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et. al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a copy of the following document was caused to be served on January 31, 2013 upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' RESPONSES AND OBJECTIONS
TO PLAINTIFF'S NOTICE OF DEPOSITION

**VIA ELECTRONIC MAIL**

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

| | |
|---|---|
| Daniel E. Bacine<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA  19103<br>dbacine@barrack.com<br>jpalley@barrack.com | Samuel M. Ward<br>BARRACK, RODOS & BACINIE<br>One America Plaza<br>600 West Broadway, Suite 9 00<br>San Diego, CA  92101<br>sward@barrack.com |
| OF COUNSEL:<br><br>Evan R. Chesler<br>Rachel G. Skaistis<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1243<br>Fax:  (212) 474-1000<br><br>Dated:  January 31, 2013<br>1092441/ 36664 | By:<br>   */s/ Peter J. Walsh, Jr.*<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>*Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on January 31, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 31, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
BARRACK, RODOS & BACINIE
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By   */s/ Peter J. Walsh, Jr.*
 Richard L. Horwitz
 Peter J. Walsh
 Matthew D. Stachel
 POTTER ANDERSON & CORROON LLP
 Tel:  (302) 984-6000
 rhorwitz@potteranderson.com
 pwalsh@potteranderson.com
 mstachel@potteranderson.com

1092441 / 36664