# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

**STIPULATION AND ORDER EXTENDING
DEADLINE FOR PLAINTIFF'S DEPOSITION**

Whereas on March 2, 2012, the Court entered a Scheduling Order, which has subsequently been amended by stipulation; and

Whereas on March 13, 2013 counsel for plaintiff advised that counsel intends to seek to substitute a new plaintiff for Kenneth Hoch due to Mr. Hoch's ongoing health issues;

(1)   The deadline to complete the deposition of any proposed substituted plaintiff is extended until and including April 30, 2013.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Michael J. Farnan*<br>    Joseph J. Farnan, Jr. (#100245)<br>    Joseph J. Farnan, III (#3945)<br>    Brian E. Farnan (#4089)<br>    Michael J. Farnan (#5165)<br>    919 N. Market Street<br>    12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 777-0300<br>    Fax: (302) 777-0301<br>    farnan@farnanlaw.com<br>    jjfarnan@farnanlaw.com<br>    bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Peter J. Walsh, Jr.*<br>    Richard L. Horwitz (#2246)<br>    Peter J. Walsh, Jr. (#2437)<br>    Matthew D. Stachel (#5419)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    Fax: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    pwalsh@potteranderson.com<br>    mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

1098530 / 36664

      IT IS SO ORDERED  this _____ day of _____, 2013.

                                                                                    _____<br>                                                                                    The Hon. Richard G. Andrews