# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on March 21, 2013, upon the following attorneys of record as indicated below:

**THE INDIVIDUAL DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO POTENTIAL NEW PLAINTIFF KAUFMAN**

**THE INDIVIDUAL DEFENDANTS' THIRD SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

**THE INDIVIDUAL DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO POTENTIAL NEW PLAINTIFF KAUFMAN**

**THE INDIVIDUAL DEFENDANTS' SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

**VIA HAND DELIVERY**

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

**VIA ELECTRONIC MAIL**

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Julie B. Palley
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M . Ward
Barrack, Rodos & Bacinie
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA  92101
sward@barrack.com

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Evan R. Chesler<br>Rachel G. Skaistis<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Tel:  (212) 474-1000<br>EChesler@cravath.com<br>RSkaistis@cravath.com | By: */s/ Matthew D. Stachel*<br>    Richard L. Horwitz (#2246)<br>    Peter J. Walsh, Jr. (#2437)<br>    Matthew D. Stachel (#5419)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    pwalsh@potteranderson.com<br>    mstachel@potteranderson.com |

Dated:   March 22, 2013
1099419 / 36664

*Attorneys for the Individual Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on March 22, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 22, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>Farnan LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>Barrack Rodos & Bacine<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |
| Daniel E. Bacine<br>Julie B. Palley<br>Barrack, Rodos & Bacine<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA  19103<br>dbacine@barrack.com<br>jpalley@barrack.com | Samuel M . Ward<br>Barrack, Rodos & Bacinie<br>One America Plaza<br>600 West Broadway, Suite 9 00<br>San Diego, CA  92101<br>sward@barrack.com |

By:   */s/ Matthew D. Stachel*
    Richard L. Horwitz
    Peter J. Walsh
    Matthew D. Stachel
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com
    mstachel@potteranderson.com

1009647 / 36664