AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| KENNETH HOCH <br> *Plaintiff* <br> v. <br> BARBARA T. ALEXANDER, et. al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 11-217-RGA <br><br> (If the action is pending in another district, state where: District of Delaware ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Barrack, Rodos & Bacine, 425 Park Avenue Suite 3100, New York, NY 10022

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See attached descirption of documents to be produced.

| Place: Cravath, Swaine & Moore LLP <br> 825 Eighth Avenue <br> New York, NY 10019 | Date and Time: <br><br> 04/10/2013 2:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 3/21/13

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* BARBARA T. ALEXANDER, et. al. _____, who issues or requests this subpoena, are:
Rachel Skaistis, Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019, (212) 474-1934

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 11-217-RGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Barrack, Rodos & Bacine
was received by me on *(date)* 3/22/13.

☒ I served the subpoena by delivering a copy to the named person as follows: A. Arnold Gershon, partner at Barrack, Rodos & Bacine (Authorized) on *(date)* 3/22/13 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ not applicable (documents only).

My fees are $ ———  for travel and $ ———  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/22/13

Robert B. Zwillich
*Server's signature*

Robert B. Zwillich - Law Clerk
*Printed name and title*

825 8 Ave. - NY, NY 10019
*Server's address*

Additional information regarding attempted service, etc: