AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Delaware

| KENNETH HOCH | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 11-217-RGA |
| BARBARA T. ALEXANDER, et. al. | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| Defendant | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Farnan, LLP, 919 North Market St. 12th Floor, Wilmington, DE 19801

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See attached descirption of documents to be produced.

| Place: Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801 | Date and Time:<br>04/10/2013 2:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/21/2013

CLERK OF COURT

OR

_____            /s/ Matthew D. Stachel
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* BARBARA T. ALEXANDER, et. al. , who issues or requests this subpoena, are:

Matthew D. Stachel, Esq., Potter Anderson & Corroon LLP, Hercules Plaza 1313 North Market Street, 6th Floor Wilmington, Delaware 19801, (302) 984-6000

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 11-217-RGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Farnan, LLP

was received by me on *(date)* 03/22/2013 .

☑ I served the subpoena by delivering a copy to the named person as follows: Michael Farnan
919 N Market Street 12th Floor, Wilmington, DE 19801 @ 11:45 am
on *(date)* 03/22/2013 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  .

My fees are $ _____ for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/22/2013

*Server's signature*

Frank Joyce-Process Server
*Printed name and title*

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc: