IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH,<br><br>                                  Plaintiff,<br><br>v.<br><br>BARBARA T. ALEXANDER, STEPHEN M. BENNETT, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, THOMAS W. HORTON, IRWIN M. JACOBS, PAUL E. JACOBS, ROBERT E. KAHN, SHERRY LANSING, DUANE NELLES, FRANCISCO ROS, BRENT SCOWCROFT, MARC I. STERN, WILLIAM E. KEITEL, STEVEN R. ALTMAN, STEVEN M. MOLLENKOPF, DONALD J. ROSENBERG and QUALCOMM INCORPORATED,<br><br>                                Defendants,<br><br>--and--<br><br>QUALCOMM INCORPORATED,<br><br>                              Nominal Defendant. | C.A. No. 11-217-RGA |

**STIPULATION AS TO THE PARTIES' USE OF DOCUMENTS**

Whereas, Plaintiff's First Requests for Admission To Defendants, dated February 27, 2013 and Plaintiff's Second Requests for Admission To Defendants, dated February 28, 2013 (collectively the "RFAs") seek various admissions regarding the admissibility of documents;

Whereas, the parties wish to avoid unnecessary disputes and potential motion practice over admissibility at this stage of the proceedings, it is hereby stipulated and agreed, between the parties herein, subject to the approval of the Court, that:

1. Plaintiff hereby withdraws the RFAs;

2.    In connection with any case dispositive motion, Defendants will not object to Plaintiff's use of any document produced in this Action or introduced as an exhibit to date on the grounds raised in the RFAs;

3.    In connection with any case dispositive motion, Plaintiff will not object to Defendants' use of any document produced in this Action or introduced as an exhibit to date on the grounds raised in the RFAs; and

4.    Should this Action proceed to trial, prior to the Federal Rule of Civil Procedure 16(e) final pretrial conference, the parties will consider, in good faith, entering into a stipulation as to the admissibility of the documents described above in connection with the submission of a joint proposed final pretrial order pursuant to paragraph 9 of the March 2, 2012 Scheduling Order (D.I. 69).

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Michael J. Farnan* | By: /s/ *Matthew D. Stachel* |
| Joseph J. Farnan, Jr. (#100245)<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this ___1st___ day of ___April___, 2013.

_____
The Hon. Richard G. Andrews