# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-217-RGA |
| | ) |
| BARBARA T. ALEXANDER, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## STIPULATION AND ORDER EXTENDING DEADLINE
## FOR EXPERT REPORTS

Whereas, on March 2, 2012, the Court entered a Scheduling Order, which provided, *inter alia*, that expert reports for the party with the initial burden of proof would be due on January 29, 2013, responses thereto due on March 4, 2013 and replies due on April 3, 2013;

Whereas, on January 22, 2013, the Court ordered, pursuant to the parties' stipulation, that expert reports for the party with the initial burden of proof would be due on March 1, 2013, responses thereto due on April 5, 2013 and replies due on April 29, 2013;

Whereas, on February 26, 2013, the Court ordered, pursuant to the parties' stipulation, that the deadline to submit expert reports for the party with the initial burden of proof was extended to March 8, 2013;

Whereas, on March 13, 2013, counsel for plaintiff advised that counsel intends to seek to substitute a new plaintiff for Kenneth Hoch due to Mr. Hoch's ongoing health issues;

Whereas, the parties agree that in light of the foregoing, it is hereby stipulated and agreed, between the parties herein, subject to the approval of the Court, that:

1. The deadline to submit expert responsive reports is extended to and including May 3, 2013; and

2. The deadline to submit expert reply reports is extended to and including May 27, 2013.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Michael J. Farnan | By: /s/ Matthew D. Stachel |
| Joseph J. Farnan, Jr. (#100245)<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  April 4, 2013

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews