IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | C.A. No.: 11-cv-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2013, a copy of: (i) Plaintiff Kenneth Hoch's Objections and Responses to the Individual Defendants' Third Set of Interrogatories Directed to Plaintiff and (ii) Plaintiff Kenneth Hoch's Objections and Responses to the Individual Defendants' Second Request for the Production of Documents Directed to Plaintiff was served on the following as indicated:

Via Hand Delivery and E-mail
Richard L. Horwitz
Peter J. Walsh
Matthew D. Stachel
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

Via E-Mail
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

| | |
|---|---|
| Dated: April 10, 2013 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/Brian E. Farnan<br>Joseph J. Farnan, III (Bar No. 3945)<br>Brian Farnan (Bar No. 4089)<br>919 N. Market Street<br>12th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* |

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600