IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) C.A. No.: 11-cv-217-RGA |
| | ) |
| BARBARA T. ALEXANDER, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2013, a copy of: (i) Jeffrey Kaufman's Objections and Responses to the Individual Defendants' First Set of Interrogatories Directed to Potential New Plaintiff Kaufman and (ii) Jeffrey Kaufman's Objections and Responses to the Individual Defendants' First Request for the Production of Documents Directed to Potential New Plaintiff Kaufman was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
Peter J. Walsh
Matthew D. Stachel
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

<u>Via E-Mail</u>
Evan R. Chesler
Rachel G. Skaistis
Cravath, Swaine & Moore LLP
echesler@cravath.com
rskaistis@cravath.com

Dated:  April 10, 2013

Respectfully submitted,

FARNAN LLP

/s/Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian Farnan (Bar No. 4089)
919 N. Market Street
12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-0600