# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BARBARA T. ALEXANDER, et al., | ) |
| | ) C.A. No. 11-217-RGA |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) **JURY TRIAL DEMANDED** |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Leslie W. Regenbaum of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019 to represent Defendants Barbara T. Alexander, Stephen M. Bennett, Donald G. Cruickshank, Raymond V. Dittamore, Thomas W. Horton, Irwin M. Jacobs, Paul E. Jacobs, Robert E. Kahn, Sherry Lansing, Duane Nelles, Francisco Ros, Brent Scowcroft, Marc I. Stern, William E. Keitel, Steven R. Altman, Steven M. Mollenkopf, Donald J. Rosenberg, and Qualcomm Incorporated in this matter.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: */s/ Matthew D. Stachel* |
|  | Richard L. Horwitz (#2246) |
| Evan R. Chesler | Peter J. Walsh, Jr. (#2437) |
| Rachel G. Skaistis | Matthew D. Stachel (#5419) |
| CRAVATH, SWAINE & MOORE LLP | Hercules Plaza, 6th Floor |
| Worldwide Plaza | 1313 N. Market Street |
| 825 Eighth Avenue | Wilmington, DE 19801 |
| New York, New York 10019 | Tel: (302) 984-6000 |
| Tel: (212) 474-1000 | rhorwitz@potteranderson.com |
| EChesler@cravath.com | pwalsh@potteranderson.com |
| RSkaistis@cravath.com | mstachel@potteranderson.com |

Dated: April 12, 2013          *Attorneys for Defendants*
1102043 / 36664

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2013

Signed: */s/ Leslie W. Regenbaum*
Leslie W. Regenbaum
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
lregenbaum@cravath.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on April 12, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 12, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
Barrack, Rodos & Bacine
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By:   /s/ Matthew D. Stachel
    Richard L. Horwitz
    Peter J. Walsh, Jr.
    Matthew D. Stachel
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com
    mstachel@potteranderson.com

1102043 / 36664