# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-217-RGA |
| | ) |
| BARBARA T. ALEXANDER, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants will take the deposition upon oral examination of Jeffrey Kaufman at the offices of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, New York, 10019. The deposition will begin at 10:00 a.m. EST on April 17, 2013, or on such other date or time agreed upon by the parties or ordered by the Court. The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means and will continue on succeeding business days until completed or adjourned.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Matthew D. Stachel* |
| | Richard L. Horwitz (#2246) |
| Evan R. Chesler | Peter J. Walsh, Jr. (#2437) |
| Rachel G. Skaistis | Matthew D. Stachel (#5419) |
| CRAVATH, SWAINE & MOORE LLP | Hercules Plaza, 6th Floor |
| Worldwide Plaza | 1313 N. Market Street |
| 825 Eighth Avenue | Wilmington, DE 19801 |
| New York, New York 10019 | Tel:  (302) 984-6000 |
| Tel:  (212) 474-1000 | rhorwitz@potteranderson.com |
| EChesler@cravath.com | pwalsh@potteranderson.com |
| RSkaistis@cravath.com | mstachel@potteranderson.com |
| | |
| Dated:  April 12, 2013 | *Attorneys for Defendants* |
| 1102113 / 36664 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on April 12, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 12, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Joseph J. Farnan, III<br>Brian E. Farnan<br>Farnan LLP<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com | Alexander Arnold Gershon<br>William J. Ban<br>Michael A. Toomey<br>Barrack Rodos & Bacine<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>agershon@barrack.com<br>wban@barrack.com<br>mtoomey@barrack.com |
| Daniel E. Bacine<br>Barrack, Rodos & Bacine<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>dbacine@barrack.com<br>jpalley@barrack.com | Samuel M. Ward<br>Barrack, Rodos & Bacine<br>One America Plaza<br>600 West Broadway, Suite 9 00<br>San Diego, CA 92101<br>sward@barrack.com |

By:   */s/ Matthew D. Stachel*
Richard L. Horwitz
Peter J. Walsh, Jr.
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1102113 / 36664