IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-217-RGA |
| | ) |
| BARBARA T. ALEXANDER, et. al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants, | ) **PUBLIC VERSION** |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

## DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23.1 FOR LACK OF ADEQUATE DERIVATIVE PLAINTIFF

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
Leslie W. Regenbaum
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com
LRegenbaum@cravath.com

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for Defendants*

Dated: April 23, 2013
Public Version Dated: April 30, 2013
1104287 / 36664

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Motion To Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 23.1 for Lack of Adequate Derivative Plaintiff, for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to the Opening Brief in Support of Defendants' Motion To Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 23.1 for Lack of Adequate Derivative Plaintiff.

3. Attached hereto as Exhibit 1 is a true and correct copy of Rachel G. Skaistis's November 29, 2011 letter to A. Arnold Gershon and William J. Ban.

4. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the February 29, 2012 status conference.

5. Attached hereto as Exhibit 3 is a true and correct copy of the executed Form 886-A Issue Resolution Agreement between Qualcomm Incorporated ("Qualcomm") and the Internal Revenue Service, dated June 11, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of A. Arnold Gershon's November 15, 2012 email to Rachel G. Skaistis, et al.

7. Attached hereto as Exhibit 5 is a true and correct copy of A. Arnold Gershon's March 13, 2013 email to Rachel G. Skaistis, et al.

8. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Kenneth Hoch's Objections and Responses to the Individual Defendants' Third Set of Interrogatories Directed to Plaintiff, dated April 10, 2013.

9. Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Jeffrey I. Kaufman, dated April 17, 2013.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Qualcomm Form 10-Q, filed with the Securities and Exchange Commission on January 30, 2013.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Privilege Log for Jeffrey I. Kaufman.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Brian E. Farnan's April 26, 2012 letter to Rachel G. Skaistis.

13. Attached hereto as Exhibit 11 is a true and correct copy of Rachel G. Skaistis's April 27, 2012 letter to Brian E. Farnan.

Dated: April 23, 2013

                                        */s/ Rachel G. Skaistis*
                                        Rachel G. Skaistis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on April 30, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 30, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jpalley@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
Barrack, Rodos & Bacinie
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By: */s/ Peter J. Walsh, Jr.*
Richard L. Horwitz
Peter J. Walsh, Jr.
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1009647 / 36664