## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) C.A. No. 11-217-RGA |
| v. | ) |
| BARBARA T. ALEXANDER, et al., | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| - and - | ) |
| QUALCOMM INCORPORATED, | ) |
| Nominal Defendant. | ) |

### DECLARATION OF JEFFREY KAUFMAN IN SUPPORT OF HIS MOTION TO INTERVENE, OF KENNETH HOCH'S MOTION FOR SUBSTITUTION, AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Jeffrey Kaufman, do declare as follows:

1. I make this declaration in support of my motion to intervene, Kenneth Hoch's motion for substitution, and in opposition to defendant's motion to dismiss.

2. I am a citizen of the State of New Jersey, a resident of the Borough of Deal.

3. Attached hereto as Exhibit 1 is my intervenor's complaint pursuant to Rule 24(c) of the Federal Rules of Civil Procedure.

4. I understand that as a plaintiff in a stockholder's derivative action I have a duty to protect the other Qualcomm stockholders and Qualcomm itself. In that connection I gave my deposition on April 17, 2013, when I was questioned by Leslie W. Regenbaum of Cravath, Swaine & Moore LLP. I have read the transcript of my deposition and defendants' pending brief in support of their motion to dismiss. I have also read the brief in support of my motion to

223112v1

intervene, Kenneth Hoch's motion for substitution, and in opposition to defendants' motion to dismiss.

5. Contrary to the statement in defendants' brief, I never said that I did not intend to oversee my counsel in this case because I understand that I bring this action on behalf of Qualcomm and must represent its interests and the interests of the other stockholders. I understand that I have the duty to oversee my counsels' work. I intend to perform that duty by speaking with counsel to ask about progress in this case. I expect counsel to inform me whenever my opinions are required and that my opinion would be required if a settlement of this action were proposed or if proceedings in another court were required, such as if an appeal were taken. Under such circumstances, I would expect a candid report and recommendation from counsel. I also understand that I might question counsel about their report and recommendation if I had further questions, and that I could ask them to reconsider their recommendations if I disagreed with them.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8th, 2013

_____
Jeffrey Kaufman