IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) C.A. No. 11-217-RGA |
| v. | ) |
| BARBARA T. ALEXANDER, et al., | ) **JURY TRIAL DEMANDED** |
| Defendants, | ) |
| - and - | ) |
| QUALCOMM INCORPORATED, | ) |
| Nominal Defendant. | ) |

**DECLARATION OF ALEXANDER ARNOLD GERSHON
IN SUPPORT OF JEFFREY KAUFMAN'S MOTION TO INTERVENE,
OF KENNETH HOCH'S MOTION FOR SUBSTITUTION,
AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Alexander Arnold Gershon, declare as follows:

1. I am over the age of 18 years and competent to testify to the matters set forth below. I am a member of the bar of New York and an inactive member of the bar of Georgia and a partner in the firm of Barrack, Rodos & Bacine. We are of counsel for the plaintiff and the intervenor-plaintiff in this action.

2. I make this declaration in support of Jeffrey Kaufman's motion to intervene, Kenneth Hoch's motion for substitution, and in opposition to defendant's motion to dismiss.

3. Attached hereto as Exhibit 1 is Plaintiff Kenneth Hoch's Objections and Responses to the Individual Defendants' Third Set of Interrogatories Directed to Plaintiff.

4. Attached hereto as Exhibit 2 are relevant pages from the transcript of the deposition of Harry Lewis on February 15, 1996 in *In re Maxxam Inc./Federated Development*

*Shareholders Litigation*, Del. Ch. No. 12353, together with the Notice of Lodging on March 5, 1996.

    5.    Attached hereto as Exhibit 3 are relevant pages from the transcript of the Rule 30(b)(6) deposition of Qualcomm Incorporated by Howard Schneck, its director of tax, on September 7, 2012.

    6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2013

                                                     /s/ A. Arnold Gershon
                                                     Alexander Arnold Gershon