# EXHIBIT 3

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------x
KENNETH HOCH,

            Plaintiff,
    vs.

BARBARA T. ALEXANDER, STEPHEN M.
BENNETT, DONALD G. CRUICKSHANK,
RAYMOND V. DITTAMORE, THOMAS W.
HORTON, IRWIN M. JACOBS, PAUL E.
JACOBS, ROBERT E. KAHN, SHERRY
LANSING, DUANE NELLES, FRANCISCO
ROS, BRENT SCOWCROFT, MARC I. STERN,
WILLIAM E. KEITEL, STEVEN R. ALTMAN,
STEVEN M. MOLLENKOPF, DONALD J.
ROSENBERG,

            Defendants.
    - and -

QUALCOMM, INCORPORATED,

            Nominal Defendant.

C.A. No. 11-cv-217-RGA
------------------------------------x


            C O N F I D E N T I A L


      DEPOSITION OF QUALCOMM, INCORPORATED

              BY HOWARD SCHNECK

          Friday, September 7, 2012

              New York, New York

REPORTED BY:

Christina Diaz, CRR, RMR, CSR, CLR

HUDSON REPORTING & VIDEO         1-800-310-1769
```

1               H. Schneck

2   Plaintiff's Exhibit 4 identical to the first

3   draft of the issue summary?

4       A.      The first draft that I saw, yes.

5       Q.      Did you have any comments with

6   Mr. Chang about the issue summary?

7           MR. WALSH:  Objection.  I think that

8       calls for attorney client communications.

9       I'm going to instruct you not to answer.

10          MR. GERSHON:  I just asked him if he

11      had a discussion with him.

12          MR. WALSH:  You can answer yes or no

13      to that.

14      A.      Yes.

15  BY MR. GERSHON:

16      Q.      Would you please state the substance

17  of those discussions.

18          MR. WALSH:  I'm going to instruct

19      you not to answer that question.

20          MR. GERSHON:  Please mark as

21      Plaintiff's Exhibit 6 a document bearing

22      Bates number 3266 through 3279.

23          (Plaintiff's Exhibit 6, Minutes of

24      the Board of Directors of Qualcomm,

25      Incorporated dated December 5th and 6th,

1                    H. Schneck

2      2010 bearing Production Nos. QCH 3266

3      through 3279, was marked for

4      identification)

5  BY MR. GERSHON:

6      Q.   Mr. Schneck, have you ever seen that

7  which is marked as Plaintiff's Exhibit 6?

8           MR. WALSH:  Take your time and

9      review it.

10     A.   (Witness reviewing document).

11          No.  This does not look familiar to

12 me.  These are the minutes of the board of

13 directors of Qualcomm, December 5th and 6th,

14 2010, but I am not familiar with those board

15 meetings.

16 BY MR. GERSHON:

17     Q.   Take a look at Plaintiff's Exhibit

18 5, the last page, the last paragraph of

19 Proposal 2.  The bold language says, "The

20 board unanimously recommends a vote for

21 approval of the 2006 LTIP as amended."

22          Did you ever see any board action

23 from Qualcomm making such a unanimous

24 recommendation?

25     A.   No.

```
 1                    H. Schneck
 2      Q.   Take a look at the first page of
 3 Plaintiff's Exhibit 5, the second paragraph
 4 where it says, "The board of directors has
 5 amended the 2006 LTIP subject to stockholder
 6 approval."
 7           Did you ever see any board action
 8 amending the 2006 LTIP?
 9      A.   No.
10           MS. SKAISTIS:  Arnold, I assume you
11      are asking those questions to the witness
12      in his personal capacity, not as a
13      30(b)(6) witness, because these are not
14      within the topics.
15           MR. GERSHON:  You are free to make
16      that argument.
17           MS. SKAISTIS:  Okay.  For the
18      record, those questions were directed and
19      answered by Mr. Schneck in his personal
20      knowledge.
21 BY MR. GERSHON:
22      Q.   In preparing the request for an
23 issue resolution agreement with the Internal
24 Revenue Service, did you ever ask to see board
25 minutes concerning board action on amending
```

42

```
 1                    H. Schneck
 2   the 2006 LTIP?
 3        A.   No.
 4        Q.   Were there any discussions amongst
 5   the tax people at Qualcomm concerning the
 6   advisability of looking at such board records?
 7        A.   No.
 8        Q.   Do you know when Cravath got
 9   involved in the preparation of the request for
10   the issue resolution agreement?
11        A.   I don't know exactly when.
12        Q.   Do you have an idea?
13        A.   The only idea I have is when I
14   started my communication with them in the fall
15   of 2011.
16        Q.   Your communication with whom,
17   Cravath?
18        A.   Yes.
19        Q.   Was that prior to the November 9,
20   2011 meeting?
21        A.   Yes.
22             MR. GERSHON:  Ms. Diaz, would you
23        please mark as Plaintiff's Exhibit 7 a
24        one-page document bearing Bates number
25        2303.
```

43

```
 1                    H. Schneck
 2              (Plaintiff's Exhibit 7, Document
 3       entitled Table of Contents, one page,
 4       bearing Production No. QCH 2303, was
 5       marked for identification)
 6  BY MR. GERSHON:
 7       Q.    Mr. Schneck, can you identify that
 8  which is marked as Plaintiff's Exhibit 7?
 9       A.    This is a table of contents
10  identifying 12 tabs or document attachments.
11       Q.    Was it part of the January 31, 2012
12  letter to the Internal Revenue Service?
13       A.    Yes.
14       Q.    Were there any other documents
15  supplied at that time to the Internal Revenue
16  Service that are not on this list?
17       A.    No.
18       Q.    The last item on that list,
19  "Qualcomm January 18, 2008 proxy statement,"
20  what was the purpose of including that in the
21  submissions to the Internal Revenue Service?
22       A.    This was referenced in the issue
23  summary.
24       Q.    Are you referring to footnote 12 of
25  the issue summary on Plaintiff's Exhibit 4?
```