## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) |

**STIPULATION AND ORDER CONCERNING BRIEFING SCHEDULE**

WHEREAS, on April 23, 2013, defendants in the referenced matter filed and served their Motion to Dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 23.1 for lack of an adequate derivative plaintiff (the "Rule 23.1 Motion to Dismiss") (D.I. 183), opening brief in support of the Rule 23.1 Motion to Dismiss (D.I. 184), and other supporting papers (D.I. 185);

WHEREAS, on May 10, 2013, plaintiff Kenneth Hoch moved to be Dropped as plaintiff and to add Jeffery Kaufman as his substitute in the above matter (the "Motion to be Dropped") (D.I. 189);

WHEREAS, on May 10, 2013, proposed-plaintiff Kaufman moved to Intervene as plaintiff in the above matter (the "Motion to Intervene") (D.I. 188);

WHEREAS, on May 10, 2013, plaintiff Hoch and proposed-plaintiff Kaufman filed and served a combined answering brief in opposition to the Rule 23.1 Motion to Dismiss and opening

brief in support of the Motion to be Dropped and Motion to Intervene (D.I. 190), as well as other supporting papers (D.I. 191-92); and

WHEREAS, instead of filing and serving two separate briefs on two different dates, defendants propose to file and serve one combined brief of no more than twenty (20) pages (exclusive of tables of contents and authorities) that shall constitute both defendants' reply brief in further support of the Rule 23.1 Motion to Dismiss and answering brief in opposition to the Motion to be Dropped and Motion to Intervene, in order to reduce the number of filings relating to these motions and to make consideration of these motions efficient for the parties and the Court;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:

(1)     Defendants shall file and serve one combined brief of no more than twenty (20) pages (exclusive of tables of contents and authorities) that shall constitute both defendants' reply brief in further support of the Rule 23.1 Motion to Dismiss and answering brief in opposition to the Motion to be Dropped and Motion to Intervene, together with any supporting papers, on or before May 28, 2013; and

(2)     Plaintiff Hoch and proposed-plaintiff Kaufman shall file and serve a combined reply brief in further support of the Motion to be Dropped and Motion to Intervene, together with any supporting papers, on or before June 7, 2013.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Michael J. Farnan*<br>  Joseph J. Farnan, Jr. (#100245)<br>  Joseph J. Farnan, III (#3945)<br>  Brian E. Farnan (#4089)<br>  Michael J. Farnan (#5165)<br>  919 N. Market Street<br>  12th Floor<br>  Wilmington, DE 19801<br>  Tel: (302) 777-0300<br>  Fax: (302) 777-0301<br>  farnan@farnanlaw.com<br>  jjfarnan@farnanlaw.com<br>  bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Matthew D. Stachel*<br>  Richard L. Horwitz (#2246)<br>  Peter J. Walsh, Jr. (#2437)<br>  Matthew D. Stachel (#5419)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  Fax: (302) 658-1192<br>  rhorwitz@potteranderson.com<br>  pwalsh@potteranderson.com<br>  mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

Dated: May 13, 2013

1105908 / 36664

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews