IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | : |
| Defendants. | : |

**ORDER**

Upon consideration of Defendants' Motion (D.I. 200),[1] IT IS HEREBY ORDERED this 31st day of May 2013 that (1) the request for expedited briefing is **DENIED**; (2) any Daubert motion other than one related to Harris Devor remains due on June 3, 2013; (3) the Harris Devor Daubert motion, if any, is due two weeks after Mr. Devor's deposition is taken; and (4) the case dispositive motions deadline is **EXTENDED** until four weeks after a decision on the Rule 12(b)(6) Motion to Dismiss (D.I. 127).[2]

United States District Judge

---

[1] In view of the pending deadlines and the Court's schedule, the Court decides this on the Defendants' Motion alone. If Plaintiffs are sufficiently aggrieved, they may file a letter, which the Court will consider in due course.

[2] The Court is working on the Motion to Dismiss (which is not likely to resolve the case), and believes that summary judgment briefing would be significantly more helpful to the Court if the parties have the motion to dismiss opinion. That is why the Court is granting the extension.