**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH HOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DAUBERT MOTION**

WHEREAS, on May 31, 2013, the Court entered an Order, which provided, *inter alia*, that "any Daubert motion other than one related to [plaintiff's expert] Harris Devor remains due on June 3, 2013; and the Harris Devor motion, if any, is due two weeks after Mr. Devor's deposition is taken;"

WHEREAS, plaintiff has requested, but has not taken, the deposition of Defendants' expert Basil A. Imburgia;

WHEREAS, the parties agree that in light of the foregoing, it is stipulated and agreed, between the parties herein, subject to the approval of the Court, that:

1. The deadline for plaintiff to submit any *Daubert* motion related to Mr. Imburgia's testimony or report is due two weeks after Mr. Imburgia's deposition is taken.

FARNAN LLP

By: */s/ Brian E. Farnan*

POTTER ANDERSON & CORROON LLP

By: */s/ Matthew D. Stachel*

Joseph J. Farnan, Jr. (#100245)
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street
12th Floor
Wilmington, DE 19801
Tel:  (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Dated:  May 31, 2013

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel:  (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED  this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews