IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jeffrey Kaufman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-CV-217-RGA |
| v. | ) | |
| | ) | |
| BARBARA T. ALEXANDER, et al, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF ROSEMARY J. PIERGIOVANNI
IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE
THE EXPERT REPORT AND TESTIMONY OF BASIL A. IMBURGIA**

I, ROSEMARY J. PIERGIOVANNI, declare:

1. I am a member of the bar of the State of Delaware and an attorney at Farnan LLP. I am counsel to Plaintiff Jeffrey Kaufman in this action. I submit this declaration and accompanying documents in support of Plaintiff's Motion to Exclude the Expert Report and Testimony of Basil A. Imburgia.

2. A true and correct copy of excerpts from the Deposition of Basil A. Imburgia is attached hereto as Exhibit 1.

3. A true and correct copy of ███████████████ ███████████████ is attached hereto as Exhibit 2.

4. A true and correct copy of ▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 3.

5. A true and correct copy of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 4.

6. A true and correct copy of excerpts from the Reply Statement of Harris L. Devor, CPA is attached hereto as Exhibit 5.

7. A true and correct copy of excerpts from ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 6.

8. A true and correct copy of excerpts from the ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 7.

9. A true and correct copy of excerpts from the ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 8.

10. A true and correct copy of the Expert Report and Disclosure of Basil A. Imburgia is attached hereto as Exhibit 9.

11. A true and correct copy of Defendants' Response to Plaintiff's Second Set of Interrogatories To All Defendants is attached hereto as Exhibit 10.

12. A true and correct copy of excerpts from Qualcomm's 2008 Proxy Statement, The 2006 Long-Term Incentive Plan, is attached hereto as Exhibit 11.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Date: July 3, 2013

/s/ Rosemary J. Piergiovanni
Rosemary J. Piergiovanni