# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOCH, | : |
| Plaintiff, | : |
| v. | : C. A. No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | : |
| Defendants, | : |
| and | : |
| QUALCOMM INCORPORATED, | : |
| Nominal Defendant. | : |

## ORDER

At Wilmington this **26th** day of **July, 2013**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 6, 2013 at 11:00 a.m. Eastern Time** with Judge Thynge to discuss the status of the case in relation to mediation. **Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.** Plaintiff's counsel shall provide to Judge Thynge a list of the teleconference participants by no later than **5:00 p.m., Monday, August 5, 2013.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE