IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et. al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on May 31, 2013, the Court ordered (D.I. 201) ("May Order") that the deadline to submit case dispositive motions was extended to "four weeks after a decision on the Rule 12(b)(6) Motion to Dismiss";

WHEREAS, pursuant to the May Order, the deadline to submit any Daubert motion to exclude Harris L. Devor was "two weeks after Mr. Devor's deposition is taken";

WHEREAS, on July 2, 2013, the Court issued a memorandum opinion on the Rule 12(b)(6) Motion to Dismiss (D.I. 205) and, therefore, the deadline to submit any case dispositive motions was July 30;

WHEREAS, on July 3, 2013, plaintiff moved to exclude the expert report and disclosure of Basil A. Imburgia (D.I. 208) ("Imburgia Motion") following Mr. Imburgia's June 20 deposition;

WHEREAS, on July 22, 2013, Defendants submitted its answering brief in opposition to the Imburgia Motion (D.I. 216), and, therefore, the deadline to submit any reply in support of the Imburgia Motion was August 1;

WHEREAS, Mr. Devor's deposition was scheduled for August 7, 2013;

WHEREAS, the parties actively are engaged in settlement discussions and have agreed to certain modifications of the schedule to try to reach a settlement agreement and avoid unnecessary expense;

WHEREAS, on July 26, 2013, Magistrate Judge Mary Pat Thynge scheduled a teleconference for August 6, 2013 "to discuss the status of the case in relation to mediation."

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:

(1)     The time to file and serve case dispositive motions shall be extended to August 13, 2013, any response thereto shall be due August 30, 2013 and any replies shall be due on September 13, 2013;

(2)     The time to file a reply in support of the Imburgia Motion shall be extended to August 15, 2013; and

(3)     Mr. Devor's deposition shall take place on August 15, 2013 and any <u>Daubert</u> motion to exclude Mr. Devor shall be due two weeks thereafter.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: _/s/ Michael J. Farnan_<br>Joseph J. Farnan, Jr. (#100245)<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: _/s/ Matthew D. Stachel_<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

Dated: July 26, 2013

1116768 / 36664

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews