IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et. al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | **PUBLIC VERSION** |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS'
ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE
THE EXPERT REPORT AND DISCLOSURE OF BASIL A. IMBURGIA**

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com

Dated: July 22, 2013
Public Version Dated: July 29, 2013
1116093 / 36664

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et. al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | **PUBLIC VERSION** |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF DEFENDANTS'
ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE
THE EXPERT REPORT AND DISCLOSURE OF BASIL A. IMBURGIA**

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for Defendants in this action. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Answering Brief in Opposition to Plaintiff's Motion to Exclude the Expert Report and Disclosure of Basil A. Imburgia, for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to their Response.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Qualcomm Incorporated ("Qualcomm") Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on January 12, 2010

("2010 Proxy Statement"), and a true and correct copy of the 2006 Long-Term Incentive Plan ("2006 LTIP"), as amended in 2010, which Qualcomm filed as Appendix 3 to the 2010 Proxy Statement.

    4.    Attached hereto as Exhibit B is a true and correct copy of excerpts from Qualcomm's Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on January 19, 2011 ("2011 Proxy Statement"), and a true and correct copy of the 2006 LTIP, as amended in 2011, which Qualcomm filed as Appendix 3 to the 2011 Proxy Statement.

    5.    Attached hereto as Exhibit C is a true and correct copy of the Verification of Noreen Burns for Defendants' Response to Plaintiff's Second Interrogatories to All Defendants, executed on September 5, 2012.

    6.    Attached hereto as Exhibit D is a true and correct copy of the Rule 26(a)(2) Statement of Harris L. Devor, CPA, submitted on March 8, 2013.

    7.    Attached hereto as Exhibit E is a true and correct copy of the Expert Report and Disclosure of Basil A. Imburgia, submitted on May 3, 2013.

    8.    Attached hereto as Exhibit F is a true and correct copy of the Reply Statement of Harris L. Devor, CPA, submitted on May 28, 2013.

    9.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the deposition of Basil A. Imburgia, dated June 20, 2013.

Dated: July 22, 2012

                                    /s/ Rachel G. Skaistis
                                    Rachel G. Skaistis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 29, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 29, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Daniel E. Bacine
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com

Samuel M. Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
sward@barrack.com

By:   /s/ Richard L. Horwitz
      Richard L. Horwitz (#2246)
      Peter J. Walsh, Jr. (#2437)
      Matthew D. Stachel (#5419)
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      pwalsh@potteranderson.com
      mstachel@potteranderson.com

1115296 / 36664