**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JEFFREY KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et. al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on July 29, 2013, the Court ordered, pursuant to the parties' stipulation, that the time to file and serve case dispositive motions shall be extended to August 13, 2013, any response thereto shall be due August 30, 2013 and any replies shall be due on September 13, 2013;

WHEREAS, a follow-up teleconference with Magistrate Thynge is scheduled for August 14, 2013 to discuss the status of the case in relation to settlement;

WHEREAS, the parties agree that in light of ongoing settlement discussions, the time to file and serve case dispositive motions shall be extended one week.

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:


(1) The time to file and serve case dispositive motions shall be extended to August 16, 2013, any response thereto shall be due September 4, 2013 and any replies shall be due on September 13, 2013.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Brian E. Farnan*<br>Joseph J. Farnan, Jr. (#100245)<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel:  (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Matthew D. Stachel*<br>Richard L. Horwitz (#2246)<br>Peter J. Walsh, Jr. (#2437)<br>Matthew D. Stachel (#5419)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel:  (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com<br>mstachel@potteranderson.com<br><br>*Attorneys for Defendants* |

Dated:  August 9, 2013

1118314 / 36664

IT IS SO ORDERED  this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews