**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Kaufman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-cv-217-RGA |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Alexander, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey A. Barrack of Barrack, Rodos & Bacine to represent Plaintiff Jeffrey Kaufman in this matter.

Date: August 13, 2013                                   Respectfully submitted,

                                                        FARNAN LLP

                                                         /s/ Brian E. Farnan
                                                        Joseph J. Farnan, III (Bar No. 3945)
                                                        Brian E. Farnan (Bar No. 4089)
                                                        919 N. Market Street, 12th Floor
                                                        Wilmington, Delaware 19801
                                                        (302) 777-0300
                                                        (302) 777-0301
                                                        bfarnan@farnanlaw.com

                                                        *Attorneys for Plaintiff Jeffrey Kaufman*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                          _____
                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Jeffrey A. Barrack
**Barrack, Rodos & Bacine**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963–0600
Fax: (215) 963–0838
jbarrack@barrack.com

Date:  August 12, 2013