IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et. al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

**STIPULATION AND ORDER TO EXTEND PAGE LIMITATIONS
FOR OPENING SUMMARY JUDGMENT BRIEFS**

WHEREAS, on July 2, 2013, the Court issued a Memorandum Opinion on Defendants' Rule 12(b)(6) Motion to Dismiss (D.I. 205) ("July Opinion");

WHEREAS, in footnote 7 of the July Opinion, the Court indicated that for purposes of moving for summary judgment, it would be inclined to "grant additional pages upon request";

WHEREAS, on August 12, 2013, the Court ordered, pursuant to the parties' stipulation, that the time to file and serve case dispositive motions shall be extended to August 16, 2013, any response thereto shall be due September 4, 2013, and any replies shall be due on September 13, 2013;

WHEREAS, the parties agree that, due to the nature of the issues to be presented for summary judgment, an extension of the page limitations set forth in Local Rule 7.1.3 for opening summary judgment briefs is necessary and justified;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:

(1) The opening brief in support of any motion for summary judgment shall not exceed 35 pages, exclusive of the table of contents and the table of citations.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Michael J. Farnan* <br> Joseph J. Farnan, Jr. (#100245) <br> Joseph J. Farnan, III (#3945) <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 N. Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> farnan@farnanlaw.com <br> jjfarnan@farnanlaw.com <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | By: */s/ Matthew D. Stachel* <br> Richard L. Horwitz (#2246) <br> Peter J. Walsh, Jr. (#2437) <br> Matthew D. Stachel (#5419) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> Fax: (302) 658-1192 <br> rhorwitz@potteranderson.com <br> pwalsh@potteranderson.com <br> mstachel@potteranderson.com <br><br> *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

Dated: August 14, 2013

1118710 / 36664

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Hon. Richard G. Andrews