**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et. al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants will take the deposition upon oral examination of Harris L. Devor at the offices of Barrack, Rodos & Bacine, 3300 Two Commerce Square, 2001 Market Street, Suite 3300, Philadelphia, Pennsylvania 19103. The deposition will begin at 10:00 a.m. EDT on August 15, 2013. The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means and will continue on succeeding business days until completed or adjourned.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:                              By:  */s/ Matthew D. Stachel*
                                              Richard L. Horwitz (#2246)
Evan R. Chesler                               Peter J. Walsh, Jr. (#2437)
Rachel G. Skaistis                            Matthew D. Stachel (#5419)
CRAVATH, SWAINE & MOORE LLP                   Hercules Plaza, 6th Floor
Worldwide Plaza                               1313 N. Market Street
825 Eighth Avenue                             Wilmington, DE 19801
New York, New York 10019                      Tel:  (302) 984-6000
Tel:  (212) 474-1000                          rhorwitz@potteranderson.com
EChesler@cravath.com                          pwalsh@potteranderson.com
RSkaistis@cravath.com                         mstachel@potteranderson.com

Dated:  August 14, 2013                  *Attorneys for Defendants*
1119003 / 36664

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on August 14, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 14, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
FARNAN LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Jeffrey A. Barrack
Daniel E. Bacine
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
dbacine@barrack.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
BARRACK RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY  10018
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M . Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
sward@barrack.com

By:    /s/ Matthew D. Stachel
          Richard L. Horwitz (#2246)
          Peter J. Walsh, Jr. (#2437)
          Matthew D. Stachel (#5419)
          POTTER ANDERSON & CORROON LLP
          Tel:  (302) 984-6000
          rhorwitz@potteranderson.com
          pwalsh@potteranderson.com
          mstachel@potteranderson.com

1119003 / 36664