IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-CV-217-RGA |
| v. | ) | |
| | ) | |
| BARBARA T. ALEXANDER, et al, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF ALEXANDER ARNOLD GERSHON
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Alexander Arnold Gershon, declare as follows:

1. I am over the age of 18 years and competent to testify to the matters set forth below. I am a member of the bar of New York and an inactive member of the bar of Georgia and a partner in the firm of Barrack, Rodos & Bacine. We are of counsel for the plaintiff in this action.

2. This declaration is made in support of plaintiff's motion for partial summary judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts ▮▮▮

1

4. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts ▮

▮
▮
▮.

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts ▮

▮
▮
▮

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts ▮

▮
▮
▮.

7. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts ▮

▮
▮

8. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts ▮

▮
▮
▮

9. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts ▮

▮
▮
▮

10. Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts ███

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

11. Attached hereto as Exhibit 9 is a true and correct copy of an email from ███

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

12. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from the Qualcomm 2011 Proxy Statement, which was downloaded from the SEC website. The full version of this document is available on the SEC website at http://www.sec.gov/Archives/edgar/data/804328/000095012311003687/a57961dedef14a.htm. ███████

███████████████████████

13. Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts ███

███████████████████████████████████

14. Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts ███

███████████████████████████████████

15. Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts ███

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████

16. Attached hereto as Exhibit 14 is a true and correct copy of relevant excerpts ▮

17. Attached hereto as Exhibit 15 is a true and correct copy of relevant excerpts ▮

18. Attached hereto as Exhibit 16 is a true and correct copy of relevant excerpts ▮

19. Attached hereto as Exhibit 17 is a true and correct copy of relevant excerpts ▮

20. Attached hereto as Exhibit 18 is a true and correct copy of relevant excerpts ▮

21. Attached hereto as Exhibit 19 is a true and correct copy of relevant excerpts from the Qualcomm 2006 Proxy Statement, which was downloaded from the SEC website. The full version of this document is available at http://www.sec.gov/Archives/edgar/data/804328/000093639206000014/a15767ddef14a.htm. ▮

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2013

                                                                /s/ A. Arnold Gershon
                                                            Alexander Arnold Gershon