IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | **PUBLIC VERSION** |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT FILED BY THE INDIVIDUAL DEFENDANTS**

**[VOLUME II OF II]**

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
Leslie W. Regenbaum
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com
LRegenbaum@cravath.com

Dated: August 16, 2013
Public Version August 23, 2013

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for the Individual Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-217-RGA |
| | ) | |
| BARBARA T. ALEXANDER, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants, | ) | **PUBLIC VERSION** |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF THE MOTION
FOR SUMMARY JUDGMENT FILED BY THE INDIVIDUAL DEFENDANTS**

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for the Individual Defendants in this action. I have personal knowledge of the facts set forth herein. I submit this declaration in support of the Motion for Summary Judgment filed by the Individual Defendants, for the purpose of authenticating certain documents attached hereto that are being filed by Defendants as exhibits to their Motion.

2. Attached hereto as Exhibit 1 is a true and correct copy of the minutes of a meeting of Qualcomm Incorporated's ("Qualcomm") Board of Directors on December 5, 2005 (QCH0003129-145).

3. Attached hereto as Exhibit 2 is a true and correct copy of Qualcomm's Proxy Statement (Form DEF 14A), filed with the Securities and Exchange Commission ("SEC") on January 19, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Qualcomm's Proxy Statement (Form DEF 14A), filed with the SEC on January 12, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of the minutes of a meeting of Qualcomm's Board of Directors on December 7, 2009 (QCH0000617-26).

6. Attached hereto as Exhibit 5 is a true and correct copy of the minutes of a meeting of the Compensation Committee of Qualcomm's Board of Directors on December 15, 2009 (QCH0000682-694).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Qualcomm's Current Report (Form 8-K), filed with the SEC on March 8, 2010.

8. Attached hereto as Exhibit 7 is a true and correct copy of the minutes of a meeting of Qualcomm's Board of Directors on March 1, 2010 (QCH0003255-261).

9. Attached hereto as Exhibit 8 is a true and correct copy of Qualcomm's Charter of the Compensation Committee of the Board of Directors, as amended March 1, 2010 (QCH0003262-65).

10. Attached hereto as Exhibit 9 is a true and correct copy of a redlined version of Qualcomm's Charter of the Compensation Committee of the Board of Directors, as in effect prior to March 1, 2010 (QCH0003232-35).

11.     Attached hereto as Exhibit 10 is a true and correct copy of Qualcomm's Registration Statement (Form S-8), filed with the SEC on April 22, 2010.

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Qualcomm's Quarterly Report (Form 10-Q), filed with the SEC on April 21, 2010.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Qualcomm's Annual Report (Form 10-K), filed with the SEC on November 3, 2010.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the minutes of a meeting of Qualcomm's Board of Directors on December 5 and 6, 2010 (QCH0003266-271).

15.     Attached hereto as Exhibit 14 is a true and correct copy of the minutes of a meeting of the Compensation Committee of Qualcomm's Board of Directors on December 13, 2010 (QCH0001480-94).

16.     Attached hereto as Exhibit 15 is a true and correct copy of a December 23, 2010 email from Noreen Burns attaching a draft of the 2011 Proxy (QCH0002967-96).

17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Qualcomm's Current Report (Form 8-K), filed with the SEC on March 14, 2011.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Qualcomm's Registration Statement (Form S-8), filed with the SEC on March 30, 2011.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Qualcomm's Quarterly Report (Form 10-Q), filed with the SEC on January 26, 2011.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Qualcomm's Annual Report (Form 10-K), filed with the SEC on November 2, 2011.

21. Attached hereto as Exhibit 20 is a true and correct copy of a presentation entitled "FY11 Q4 CAP Meeting" (QCH0002270-298).

22. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt from a letter from Steve Gardner to Lisa Risser, dated January 31, 2012 (QCH0002299-303).

23. Attached hereto as Exhibit 22 is a true and correct copy of an email from Howard Schneck to Lisa Risser, dated February 20, 2012 (QCH0002956-59).

24. Attached hereto as Exhibit 23 is a true and correct copy of the executed Form 886-A Issue Resolution Agreement between Qualcomm and the Internal Revenue Service, dated June 11, 2012.

25. Attached hereto as Exhibit 24 is a true and correct copy of draft minutes of a meeting of Qualcomm's Board of Directors on December 2 and 3, 2012 ("December 2012 Minutes") (QCH0003714-721) as well as a final version of the December 2012 Minutes.

26. Attached hereto as Exhibit 25 is a true and correct copy of an email to Lisa Risser, dated February 16, 2012 (QCH0002954-55).

27. Attached hereto as Exhibit 26 is a true and correct copy of an email exchange between Robert Cudlip and Lisa Risser, dated April 2, 2012 (QCH0002961-62).

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from Qualcomm's Proxy Statement (Form DEF 14A), filed with the SEC on January 18, 2008.

29. Attached hereto as Exhibit 28 is a true and correct copy of Qualcomm's Current Report (Form 8-K), filed with the SEC on September 25, 2009.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from Qualcomm's Proxy Statement (Form DEF 14A), filed with the SEC on January 12, 2010.

31. Attached hereto as Exhibit 30 is a true and correct copy of the minutes of Annual Meeting of Stockholders of Qualcomm on March 2, 2010 (QCH0000652-57).

32. Attached hereto as Exhibit 31 is a true and correct copy of the minutes of the Annual Meeting of Stockholders of Qualcomm on March 8, 2011 (QCH0002265-69).

33. Attached hereto as Exhibit 32 is a true and correct copy of the Rule 26(a)(2) Statement of Harris L. Devor, CPA.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the January 11, 2013 deposition transcript of Barbara Alexander.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the October 18, 2012 deposition transcript of Steve Bennett.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the November 20, 2012 deposition transcript of Noreen Burns.

37. Attached here to as Exhibit 36 is a true and correct copy of excerpts from the November 2, 2012 deposition transcript of Sherry Lansing.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the February 28, 2013 deposition transcript of Mark Muedeking.

39. Attached hereto as Exhibit 38 is a true and correct copy of the October 4, 2012 deposition transcript of Jay Rains.

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the February 7, 2013 deposition transcript of Brent Scowcroft.

41.    Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the September 7, 2012 deposition transcript of Howard Schneck.

Dated: August 16, 2013

                                        /s/ *Rachel G. Skaistis*
                                          Rachel G. Skaistis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz., hereby certify that on August 23, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 23, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Jeffrey A. Barrack
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jbarrack@barrack.com

Collins J. Seitz, Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
Barrack, Rodos & Bacinie
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By:   */s/ Richard L. Horwitz*
      Richard L. Horwitz
      Peter J. Walsh, Jr.
      Matthew D. Stachel
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      pwalsh@potteranderson.com
      mstachel@potteranderson.com

1009647 / 36664