# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 11-217-RGA |
| BARBARA T. ALEXANDER, et al., | ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) ) | **PUBLIC VERSION** |
| -and- | ) ) ) | |
| QUALCOMM INCORPORATED, | ) ) | |
| Nominal Defendant. | ) | |

**DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS, EXPERT REPORTS AND TESTIMONY OF HARRIS L. DEVOR, CPA**

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
Leslie W. Regenbaum
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com
LRegenbaum@cravath.com

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for the Individual Defendants*

Dated: August 29, 2013
Public Version Dated: September 5, 2013
1120808 / 36664

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for the Individual Defendants in this action. I have personal knowledge of the facts set forth herein. I submit this declaration in support of the Individual Defendants' Motion to Exclude the Opinions, Expert Reports and Testimony of Harris L. Devor, CPA, for the purpose of authenticating certain documents attached hereto that are being filed by Individual Defendants as exhibits to their Motion.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Qualcomm Incorporated ("Qualcomm") Proxy Statement, filed with the SEC on January 12, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Qualcomm's Proxy Statement, filed with the SEC on January 19, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Rule 26(a)(2) Statement of Harris L. Devor, CPA, submitted on March 8, 2013.

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report and Disclosure of Basil A. Imburgia, submitted on May 3, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of the Reply Statement of Harris L. Devor, CPA, submitted on May 28, 2013.

7. Attached hereto as Exhibit F is a true and correct copy of the transcript of the deposition of Harris L. Devor, dated August 15, 2013.

Dated: August 29, 2013

/s/ Rachel G. Skaistis
Rachel G. Skaistis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz hereby certify that on September 5, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 5, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Daniel E. Bacine
Jeffrey A. Barrack
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jbarrack@barrack.com

Collins J. Seitz, Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Samuel M. Ward
Barrack, Rodos & Bacinie
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Peter J. Walsh, Jr.
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1009647 / 36664

2