IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY KAUFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-217-RGA |
| | ) |
| BARBARA T. ALEXANDER, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants, | ) **PUBLIC VERSION** |
| | ) |
| -and- | ) |
| | ) |
| QUALCOMM INCORPORATED, | ) |
| | ) |
| Nominal Defendant. | ) |

**SUPPLEMENTAL DECLARATION OF RACHEL G. SKAISTIS IN SUPPORT
OF THE INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

OF COUNSEL:

Evan R. Chesler
Rachel G. Skaistis
Leslie W. Regenbaum
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
EChesler@cravath.com
RSkaistis@cravath.com
LRegenbaum@cravath.com

Richard L. Horwitz (#2246)
Peter J. Walsh, Jr. (#2437)
Matthew D. Stachel (#5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

*Attorneys for the Individual Defendants*

Dated: September 4, 2013
Public Version Dated: September 11, 2013
1121343 / 36664

I, Rachel G. Skaistis, declare as follows:

1. I am over the age of 18 years old and competent to testify to the matters set forth below. I am an attorney admitted to the practice of law in the State of New York and a partner with the law firm of Cravath, Swaine & Moore LLP, pro hac vice counsel of record for the Individual Defendants in this action. I have personal knowledge of the facts set forth herein. I submit this declaration in support of the Individual Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, for the purpose of authenticating certain documents attached hereto that are being filed by the Individual Defendants as exhibits to their Opposition.

2. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the Compensation Committee of the Board of Directors Information Package, dated December 15, 2009 (QCH0000375, QCH0000381, QCH0000383, QCH0000492).

3. Attached hereto as Exhibit 42 is a true and correct copy of minutes of a meeting of the Compensation Committee of Qualcomm's Board of Directors on November 8, 2010 (QCH0001464-69).

4. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the Notice of Meeting of Board of Directors, dated December 7, 2009 (QCH0002005-06, QCH0002087).

5. Attached hereto as Exhibit 44 is a true and correct copy of a letter from Rachel G. Skaistis to A. Arnold Gershon, dated July 30, 2012.

6. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from a draft proxy, dated December 23, 2010 (QCH0002967-973, QCH0003029).

7. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the October 18, 2012 deposition transcript of Stephen Bennett.

8. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the January 9, 2013 deposition transcript of William Keitel.

9. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the November 2, 2012 deposition transcript of Sherry Lansing.

10. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the February 28, 2013 deposition transcript of Mark Muedeking.

11. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the October 4, 2012 deposition transcript of Jay Rains.

12. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the February 7, 2013 deposition transcript of Brent Scowcroft.

Dated:  September 4, 2013

                                              /s/ Rachel G. Skaistis
                                              Rachel G. Skaistis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that on September 11, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 11, 2013, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

Alexander Arnold Gershon
William J. Ban
Michael A. Toomey
Barrack Rodos & Bacine
425 Park Avenue, Suite 3100
New York, NY 10022
agershon@barrack.com
wban@barrack.com
mtoomey@barrack.com

Daniel E. Bacine
Jeffrey A. Barrack
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
dbacine@barrack.com
jbarrack@barrack.com

Samuel M. Ward
Barrack, Rodos & Bacinie
One America Plaza
600 West Broadway, Suite 9 00
San Diego, CA 92101
sward@barrack.com

Collins J. Seitz, Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

By:  /s/ Matthew D. Stachel
     Richard L. Horwitz
     Peter J. Walsh, Jr.
     Matthew D. Stachel
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     pwalsh@potteranderson.com
     mstachel@potteranderson.com

1009647 / 36664

2