# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-217-RGA |
| ) | |
| BARBARA T. ALEXANDER, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Nominal Defendant. ) | |

## [PROPOSED] ORDER

AND NOW, this ___ day of ____, 2013, upon consideration of the Individual Defendants' Motion for Postponement of the Trial and for Expedited Briefing Thereon;

IT IS HEREBY ORDERED that the Individual Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that trial shall commence at a date on or about sixty days after the Court has ruled on the pending summary judgment motions (D.I. 230; D.I. 236), consistent with availability on the Court's calendar.

                                                        _____
                                                        Hon. Richard G. Andrews
                                                        U.S.D.J.

1122855