# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY KAUFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BARBARA T. ALEXANDER, et al., | ) C.A. No. 11-217-RGA ) |
| Defendants, | ) JURY TRIAL DEMANDED ) ) |
| -and- | ) ) |
| QUALCOMM INCORPORATED, | ) ) |
| Nominal Defendant. | ) ) ) |

## JOINDER OF NOMINAL DEFENDANT QUALCOMM INCORPORATED IN THE INDIVIDUAL DEFENDANTS' MOTION FOR POSTPONEMENT OF THE TRIAL AND FOR EXPEDITED BRIEFING THEREON

Nominal defendant Qualcomm Incorporated hereby joins in The Individual Defendants' Motion for Postponement of the Trial and for Expedited Briefing Thereon (the "Motion").

For the reasons set forth therein, the Motion should be granted.

SEITZ ROSS ARONSTAM & MORITZ LLP

 */s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
David E. Ross (Bar No. 5228)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
dross@seitzross.com

*Counsel for Nominal Defendant Qualcomm Incorporated*

Dated:  September 16, 2013

**CERTIFICATE OF SERVICE**

      I, Collins J. Seitz, Jr., hereby certify that on September 16, 2013, I caused the foregoing *Joinder of Nominal Defendant Qualcomm Incorporated in the Individual Defendants' Motion for Postponement of the Trial and for Expedited Briefing Thereon* to be served via electronic mail upon the following individuals:

| | |
|---|---|
| Joseph J. Farnan, Jr. | Alexander Arnold Gershon |
| Joseph J. Farnan, III | William J. Ban |
| Brian E. Farnan | Michael A. Toomey |
| Michael J. Farnan | BARRACK, RODOS & BACINE |
| Rosemary Jean Piergiovanni | 425 Park Avenue |
| FARNAN LLP | Suite 3100 |
| 919 N. Market Street | New York, NY  10022 |
| 12th Floor | agershon@barrack.com |
| Wilmington, DE  19801 | wban@barrack.com |
| farnan@farnanlaw.com | mtoomey@barrack.com |
| jjfarnan@farnanlaw.com | |
| bfarnan@farnanlaw.com | Jeffrey A. Barrack |
| mfarnan@farnanlaw.com | Daniel E. Bacine |
| rpiergiovanni@farnanlaw.com | BARRACK, RODOS & BACINE |
| | Two Commerce Square |
| Richard L. Horwitz | 2001 Market Street |
| Peter J. Walsh, Jr. | Suite 3300 |
| Matthew D. Stachel | Philadelphia, PA  19103 |
| POTTER ANDERSON & CORROON LLP | jbarrack@barrack.com |
| Hercules Plaza, 6th Floor | dbacine@barrack.com |
| 1313 N. Market Street | |
| Wilmington, DE  19801 | Samuel M. Ward |
| rhorwitz@potteranderson.com | BARRACK, RODOS & BACINE |
| pwalsh@potteranderson.com | One America Plaza |
| mstachel@potteranderson.com | 600 West Broadway |
| | Suite 900 |
| Evan R. Chesler | San Diego, CA  92101 |
| Rachel G. Skaistis | sward@barrack.com |
| CRAVATH, SWAINE & MOORE LLP | |
| Worldwide Plaza | |
| 825 Eighth Avenue | |
| New York, NY  10019 | |
| (212) 474-1000 | |
| EChesler@cravath.com | |
| RSkaistis@cravath.com | |

                                                */s/ Collins J. Seitz, Jr.*
                                                Collins J. Seitz, Jr. (Bar No. 2237)