IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-CV-217-RGA |
| v. | ) | |
| | ) | |
| BARBARA T. ALEXANDER, et al, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF ALEXANDER ARNOLD GERSHON IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR POSTPONEMENT OF THE TRIAL

I, Alexander Arnold Gershon, do declare as follows:

1. I am over the age of 18 years and competent to testify to the matters set forth below. I am a member of the bar of New York and an inactive member of the bar of Georgia and a partner in the firm of Barrack, Rodos & Bacine. We are of counsel for the plaintiff in this action.

2. This declaration is made in opposition to Defendants' motion to postpone the trial.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email that I received on December 19, 2011 from Ryan Finkel.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter that I received from Rachel Skaistis by email on April 23, 2012.

230851v1

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter that I received from Rachel Skaistis by email on March 13, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter that I received from Rachel Skaistis by email on March 30, 2012.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document entitled ███████████████████████████████████████████████ ███████████████████████████████████ that was produced by Defendants in this action.

8. Attached hereto as Exhibit 6 is a true and correct copy of ████████████ that was retrieved from the official website of the United States Securities and Exchange Commission.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter that I sent by email attachment to Rachel Skaistis on May 3, 2012.

10. Attached hereto as Exhibit 8 is a true and correct copy of ████████████ ███████████████████████████████████ sent by Brian Farnan to defendants on May 11, 2012, that I received by email.

11. Attached hereto as Exhibit 9 is a true and correct copy of a letter attached to an email that I received on June 22, 2012, that was sent by William Ban to Rachel Skaistis.

12. Attached hereto as Exhibit 10 is a true and correct copy of a letter that I received from Rachel Skaistis by email on May 11, 2012.

13. Attached hereto as Exhibit 11 is a true and correct copy of ████████████ ███████████████████████████████████████████████ that I received by email on June 11, 2012.

14. Attached hereto as Exhibit 12 is a true and correct copy of a trail of messages that I received from Brian Farnan on May 31, 2012.

15. Attached hereto as Exhibit 13 is a true and correct copy of a letter that I received from Rachel Skaistis by email on July 30, 2012.

16. Attached hereto as Exhibit 14 is a true and correct copy of a trail of messages that I sent to Rachel Skaistis on May 30, 2013.

17. Attached hereto as Exhibit 15 is a true and correct copy of a trail of messages that I sent to Rachel Skaistis on July 10, 2013.

18. Attached hereto as Exhibit 16 is a true and correct copy of an email that I sent to Rachel Skaistis on July 16, 2013.

19. Attached hereto as Exhibit 17 is a true and correct copy of a trail of messages that I received from Leslie Regenbaum on August 9, 2013.

20. Attached hereto as Exhibit 18 is an excerpt from the ▓▓▓▓▓▓▓▓▓▓ on June 20, 2013.

21. Attached hereto as Exhibit 19 is an excerpt from the ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2013

                                                                      /s/ A. Arnold Gershon
                                                                      Alexander Arnold Gershon